# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION | ) ) Master Docket Misc. No. 18-798 ) ) MDL No. 2850 ) |
| This Document Relates to: ALL ACTIONS. | ) ) ) ) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF DEAN M. HARVEY

**Dean M. Harvey**, undersigned counsel for Plaintiffs David Escalera, Sonny Fricia, Derek Johnson, Shawn Shepherd, and Luis Tarin, hereby moves that Dean M. Harvey be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs David Escalera, Sonny Fricia, Derek Johnson, Shawn Shepherd, and Luis Tarin, pursuant to Local Civil Rule 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Dean M. Harvey filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                                                    Respectfully submitted.

Dated:  September 11, 2018          */s/ Dean M. Harvey*
                                                    Dean M. Harvey (Cal. Bar. No. 250298)
                                                    LIEFF CABRASER HEIMANN &
                                                    BERNSTEIN, LLP
                                                    275 Battery St., 29th Floor
                                                    San Francisco, CA 94111-3339
                                                    Telephone: 415.956.1000
                                                    Facsimile: 415.956.1008
                                                    Email: dharvey@lchb.com
                                                    *Counsel for Plaintiffs David Escalera,*
                                                    *Sonny Fricia, Derek Johnson, Shawn*
                                                    *Shepherd, and Luis Tarin*

## **CERTIFICATE OF SERVICE**

I certify that on September 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Dean M. Harvey*
Dean M. Harvey