# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RAILWAY EMPLOYEE NO-POACH ANTITRUST LITIGATION | Master Docket: 2:18-mc-00798 MDL No. 2850 |
| **This Document relates to:** **John Brand v. Knorr-Bremse AG**, *et al.* | No: 2:18-cv-01193 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF NICHOLAS S. CHEOLAS

**Nicholas S. Cheolas**, undersigned counsel for Plaintiff John Brand, hereby applies to the Court for permission to appear and practice in the Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff John Brand, pursuant to LCvR 83.2, 83.3, and LCrR 83.2.

In support of the motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Nicholas S. Cheolas filed herewith, which, it is averred, satisfied the requirements of the foregoing Local Rules.

Dated: September 11, 2018

Respectfully Submitted,

*/s/ Nicholas S. Cheolas*
Nicholas S. Cheolas
ZELLE LLP
1775 Pennsylvania Ave, NW
Suite 375
Washington, D.C. 20006
Tel: (202) 899-4105
Fax: (612) 336-9100
Email: ncheolas@zelle.com

*Counsel for Plaintiff John Brand*

## CERTIFICATE OF SERVICE

I certify that on September 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Nicholas S. Cheolas
Nicholas S. Cheolas