UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION  This Document Relates to: All Actions | Master Docket: Misc. No. 18-798 MDL No. 2850 |

MOTION FOR ADMISSION *PRO HAC VICE*
OF ROBERTA D. LIEBENBERG

Roberta D. Liebenberg, undersigned counsel for Plaintiffs David Escalera, Shawn Shepherd and Luis Tarin, hereby applies to the Court for permission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* pursuant to L.Cv.R. 83.2 and 83.3.

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Roberta D. Liebenberg filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules.

Dated:  September 11, 2018

Respectfully submitted,

 /s/  *Roberta D. Liebenberg*
Roberta D. Liebenberg
PA ID No. 31738
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

Counsel for Plaintiffs David Escalera,
Shawn Shepherd and Luis Tarin
and the Proposed Class

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2018, I caused the foregoing Motion for Admission *Pro Hac Vice* of Roberta D. Liebenberg to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

    /s/ *Roberta D. Liebenberg*
    Roberta D. Liebenberg