## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION | Master Docket: Misc. No. 18-798 |
| This Document Relates to: ALL ACTIONS | MDL No. 2850 |

### MOTION FOR ADMISSION *PRO HAC VICE* OF GREGORY S. ASCIOLLA

Gregory S. Asciolla, undersigned counsel for Plaintiff Omar Sey, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for the Plaintiff, pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Gregory S. Asciolla filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: September 11, 2018                    Respectfully submitted,

*/s/ Gregory S. Asciolla*
Gregory S. Asciolla (S.D.N.Y. Bar No. GA-2222)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel.: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com

## **CERTIFICATE OF SERVICE**

I certify that on September 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: September 11, 2018                    */s/ Gregory S. Asciolla*
                                             Gregory S. Asciolla