# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION | Master Docket: Misc. No. 18-798 |
| This Document Relates to:<br>ALL ACTIONS | MDL No. 2850 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF KARIN E. GARVEY

    Karin E. Garvey, undersigned counsel for Plaintiff Omar Sey, hereby moves that she be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for the Plaintiff, pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

    In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Karin E. Garvey filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: September 11, 2018                  Respectfully submitted,

                                                    */s/ Karin E. Garvey*
                                                    Karin E. Garvey (S.D.N.Y. Bar No. KG-7771)
                                                    **LABATON SUCHAROW LLP**
                                                    140 Broadway
                                                    New York, NY 10005
                                                    Tel.: (212) 907-0700
                                                    Fax: (212) 818-0477
                                                    kgarvey@labaton.com

## **CERTIFICATE OF SERVICE**

      I certify that on September 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: September 11, 2018                       */s/ Karin E. Garvey*
                                                         Karin E. Garvey