UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION | ) ) ) ) ) Master Docket Misc. No. 18-798<br>MDL No. 2850 |
| This Document Relates to:<br>ALL ACTIONS. | ) ) ) ) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF LINDA P. NUSSBAUM

Linda Nussbaum, undersigned counsel for Plaintiff David Escalera hereby moves for admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff David Escalera, pursuant to Local Rule 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151). In support of this motion, undersigned counsel attached the Affidavit for Admission *Pro Hac Vice* of Linda P. Nussbaum filed herewith.

Dated: September 11, 2018

Respectfully Submitted,

*/s/ Linda Nussbaum*
Linda P. Nussbaum
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of Americas, 40th Floor
New York, New York 10036
Ph: (917) 438-9102
lnussbaum@nussbaumpc.com