# Exhibit 2



**Gene E.K. Pratter**
UNITED STATES DISTRICT COURT JUDGE

July 23, 2018

To All Counsel of Record

### In Re: Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation, 11-md-02284

Dear Counsel:

With the docketing of the original of the enclosed Order, I trust you will give yourselves and each other well deserved pats on the back for the high level of professional skills, acumen and collegial relationships displayed throughout this litigation. It was a pleasure to be the presiding judge, and I look forward to future opportunities to work with you. In the meantime, I hope you all have a delightful summer.

Sincerely,

Gene E.K. Pratter
United States District Judge

GEKP/slm

Encl.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2284  11-md-02284 |

THIS DOCUMENT APPLIES TO:
ALL ACTIONS

## **ORDER**

**AND NOW,** this 23rd day of July, 2018, upon consideration of the Joint Notice that No Open Issues Remain for the Imprelis MDL (Doc. No. 818), it is **ORDERED** that the Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

Mark S. Stewart, Esq.
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Adam L. Hoeflich, Esq.
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60654

Jameson R. Jones, Esq.
Bartlit Beck Herman Palenchar & Scott LLP
1801 Wewatta Street, Suite 1200
Denver, Co 80202

Scott L. Winkelman, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

George D. Ruttinger, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

April N. Ross, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Robert S. Kitchenoff, Esq.
Weinstein Kitchenoff & Asher LLC
100 South Broad Street, Suite 705
Philadelphia, PA 19110

Adam J. Levitt, Esq.
DiCello Levitt & Casey
Ten North Dearborn Street, Eleventh Floor
Chicago, IL 60602

Jonathan D. Selbin, Esq.
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York , NY 10013

Jason L. Lichtman, Esq.
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New Yrok, NY 10013

Richard J. Arsenault, Esq.
Neblett, Beard & Arsenault
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71301

==Gregory Asciola, Esq.==
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005