**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Master Docket: Misc. No. 18-798<br><br>MDL No. 2850 |

**MAJORITY PLAINTIFFS' MOTION FOR APPOINTMENT OF CO-LEAD COUNSEL**

Eric L. Cramer
BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3009
ecramer@bm.net

Hollis Salzman
ROBINS KAPLAN LLP
399 Park Avenue
Suite 3600
New York, NY 10022
Tel.: (212) 980-7400
hsalzman@robinskaplan.com

Sathya S. Gosselin
HAUSFELD LLP
1700 K St. NW
Suite 650
Washington, DC 20006
Tel.: (202) 540-7200
sgosselin@hausfeld.com

*Proposed Co-Lead Class Counsel*

John C. Evans
J.C. EVANS LAW
The Koppers Building
26th Floor
436 Seventh Avenue
Pittsburgh, PA 15219
Tel.: (412) 642-2300
jcevans@jcevanslaw.com

*Proposed Liaison Counsel*

September 11, 2018

Twenty-one plaintiffs and their counsel ask that the Court appoint Hausfeld LLP, Berger Montague PC, and Robins Kaplan LLP (collectively, "Majority Counsel") together as co-lead counsel because they satisfy the applicable criteria under Fed. R. Civ. P. 23(g), in that they:

- are supported by **21 out of the 29 plaintiffs** ("Majority Plaintiffs"), **17 out of the 25 actions**,[1] and **39 out of the 52 law firms** (including many who would be capable of leading the case in their own right), a clear referendum on our ability to lead this matter;[2]

- filed the first complaints in this proceeding, and successfully moved to centralize and consolidate the related actions in this Court;

- interviewed confidential witnesses at length and retained key economic experts;

- are supported by numerous distinguished members of the Pittsburgh legal community, including proposed liaison counsel John Evans (J.C. Evans Law);

- have unmatched antitrust experience and success in antitrust MDLs, including with bench and jury trials and multi-day pre-trial evidentiary hearings; and

- have specific experience in no-poach litigation (*e.g.*, *In re High-Tech Employee Antitrust Litig.* ("*High Tech*"); *O'Bannon v. NCAA*; *Haff Poultry Inc. v. Tyson Foods Inc.*), and other antitrust MDLs on behalf of workers alleging anticompetitive pay suppression;

Majority Counsel are among the world's pre-eminent plaintiffs' antitrust firms, as recognized by numerous legal and non-legal publications.[3] The lead lawyers from each Majority Counsel firm are leaders in the field.[4] For instance:

---

[1] Of the eight cases that do not support our proposal, five were filed by the same law firm: Lieff Cabraser Heimann & Bernstein, LLP.

[2] Attached as Exhibit A is a chart identifying the cases and law firms supporting Majority Counsel's application. Exhibits B-D are the resumes for the three proposed co-lead law firms.

[3] *Chambers and Partners* has ranked Hausfeld and Robins Kaplan in its highest "Band 1" tier for "Antitrust: Plaintiff – USA – Nationwide," while *The Legal 500* has ranked Hausfeld and Berger Montague in its highest "Tier 1" for "Civil Litigation/Class Actions: Plaintiff." ***No other law firm in this litigation enjoys the same rankings.***

[4] Collectively, we have 21 offices worldwide, comprising over 400 lawyers (including more than 100 focused principally on antitrust litigation). Robins Kaplan has extensive litigation support resources in-house—including its Financial and Economic Consultants and E-discovery and Trial Support Groups. Hausfeld has two offices in Germany focused on competition law, relevant because one of the two principal defendants, Knorr-Bremse AG, is located in Munich

- **Hollis Salzman (Robins Kaplan)** has over two decades of antitrust MDL experience. Ms. Salzman serves as co-lead counsel in the massive *In re Automotive Parts Antitrust Litig.*, No. 2:12-md-2311 (E.D. Mich.), a sprawling MDL with over 150 defendants and 40 separate coordinated actions, with more than $1 billion in settlements to date, but just a handful of cases remaining. In the decade-long *Air Cargo* case, Ms. Salzman helped spearhead its every facet, leading to over $1.2 billion in settlements. No. 1:06-md-1775 (E.D.N.Y.). She has been nationally recognized by *Chambers USA* as "always well prepared and savvy – she knows what's important and what isn't and she works very hard at it" and "a primary figure on the plaintiffs' side in a number of major cartel investigations." *The Legal 500* described her as "outstanding" and "extremely intelligent with an uncanny ability to control situations to protect her client[s]." She was a finalist for the *National Law Journal*'s inaugural "Elite Women of the Plaintiff's Bar" award.

- **Sathya Gosselin (Hausfeld)** has significant MDL antitrust expertise that spans numerous industries, including the rail industry from his decade-long experience directing, as co-lead class counsel, *In re Rail Freight Fuel Surcharge Antitrust Litig.*, No. 1:07-mc-489 (D.D.C.). In the landmark *O'Bannon v. NCAA* litigation, he examined and cross-examined witnesses at trial, deposed senior NCAA executives, briefed complex constitutional issues advanced by the NCAA and television networks, and negotiated a $40 million settlement. No. 09-cv-3329 (N.D. Cal.). *Law360* has recognized his leadership in class-action litigation, noting his "adept skill set," "penchant for high-stakes litigation," and "close attention to detail." The *Legal 500* has likewise recommended him for antitrust civil litigation, citing him as a "heavyweight practitioner" who "works on the most complex cases brilliantly." He has won numerous awards, including Outstanding Antitrust Litigation Achievement in Private Law Practice, American Antitrust Institute (2015); Litigation of the Year – Non-Cartel Prosecution, *Global Competition Review* (2015); and Finalist, Lawyer of the Year – Under 40, *Global Competition Review* (2017).

- **Eric L. Cramer (Berger Montague)** was named Philadelphia's "Lawyer of the Year" in 2018 for his work in antitrust by *Best Lawyers in America*. Chambers & Partners has repeatedly ranked him as a top-tier antitrust lawyer in Pennsylvania and nationally, observing that he is "really a tremendous advocate in the courtroom, with a very good mind and presence." In 2017, he won the American Antitrust Institute's Antitrust Enforcement Award for Outstanding Antitrust Litigation Achievement in Private Law Practice for his work in *Castro v. Sanofi Pasteur Inc.*, No. 11-cv-07178 (D.N.J.), a class action on behalf of a class of healthcare providers that resolved for $61.5 million. He has published widely in the areas of antitrust and class actions with two of his articles having been cited and quoted by the First and Third Circuits.

**Our Collective Class-Action Trial Experience** is unrivaled, including as follows:

- *In re Vitamin C Antitrust Litig.*, No. 1:06-md-1738 (E.D.N.Y.), which resulted in a judgment for $162 million following a three-week jury trial as well as a recent unanimous

---

and conspiratorial conduct is alleged to have occurred overseas. Berger Montague also has extensive litigation resources, including, *e.g.*, its own internal e-discovery platform.

Supreme Court victory for plaintiffs.

- *O'Bannon v. NCAA*, No. 09-cv-3329 (N.D. Cal.), which yielded permanent injunctive relief that fundamentally transformed college athletics and has led to an increase in Division I athletic scholarships of approximately $100 million per year. It has been widely hailed as one of the most important antitrust cases in the last decade.

- *In re Processed Egg Products Antitrust Litig.*, No. 2:08-md-2002 (E.D. Pa.), in which a jury found that one of the defendants had participated in a conspiracy to reduce supply. (Prior to trial, the plaintiffs secured over $135 million in total settlements.)

- *Ross v. Am. Express Co.*, 35 F. Supp. 3d 407, 457 (S.D.N.Y. 2014), alleging that credit card companies and banks colluded to force consumers to settle disputes in arbitration. After a five-week bench trial, the court commended the "extraordinary talents of Plaintiffs' counsel."

- *In re Lorazepam and Clorazepate Antitrust Litig.*, MDL No. 1290 (D.D.C.), resulted in a $76.8 million jury verdict on behalf of three health insurers who overpaid for prescription drugs because of the exclusion of generic competition (plus $147 million in settlements).

- *Meijer, Inc. v. Abbott Labs.*, No. 4:07-cv-5985 (N.D. Cal.), in which a class of drug buyers settled for $52 million after three days of jury trial.

- *In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. 3:07-md-01827 (N.D. Cal.), resulted in a $7.5 million verdict after a 7-week-jury trial (plus $400 million in settlements).

- *Cook v. Rockwell International*, No. 1:90-cv-00181 (D. Colo.), resulted in a $554 million jury verdict—the largest ever in Colorado—on behalf of thousands of property owners whose homes were exposed to plutonium and other toxins.

- *Exxon Valdez Oil Spill Litig.*, No. 3:89-cv-0095 (D. Alaska), in which, after months of trial, a jury awarded $5 billion in punitive damages (reduced to $507.5 million).

**Lead Counsel and MDL Experience:** Collectively, Majority Counsel have been appointed lead counsel in hundreds of complex antitrust matters, spanning dozens of industries, including transportation (and in rail specifically, as in *In re Rail Freight Fuel Surcharge Litig.*, No. 1:07-mc-00489 (D.D.C.)); healthcare; pharmaceuticals; financial services; sports; packaged food; and electronics. Many of those cases showcase our representation of employees or other workers—like the railway workers here—seeking recovery for injuries in the form of suppressed wages due to collusion or other forms of anticompetitive conduct in class-action litigation. For

instance, Berger Montague lawyers, including Mr. Cramer, worked closely with co-lead counsel and the plaintiffs' experts in *High Tech*, a case that involved no-poach agreements. No. 5:11-cv-2509 (N.D. Cal.). Berger Montague and Hausfeld are currently co-lead counsel in two antitrust cases on behalf of chicken growers, *Haff Poultry Inc. v. Tyson Foods Inc*., No. 6:17-cv-00033 (E.D. Okla.) and *Haff Poultry Inc. v. Koch Foods Inc*., No. 4:18-cv-00030 (E.D.N.C.), which allege no-poach agreements, among other anticompetitive conduct. Berger Montague is currently co-lead counsel in an antitrust class action on behalf of mixed martial arts athletes, *Le v. Zuffa, LLC*, No. 15-cv-1045 (D. Nev.), and served as co-lead counsel in *Johnson v. Arizona Hospital & Healthcare Association*, No. 2:07-cv-1292 (D. Ariz.), which resulted in settlements totaling more than $23 million for nurses whose wages were suppressed through wage-fixing.[5]

Further, numerous courts have appointed us *jointly*. In *Air Cargo*, No. 1:06-md-1775 (E.D.N.Y.), for example, Judge Gleeson appointed Hausfeld and Robins Kaplan as two of four co-leads, and that teamwork produced 28 settlements totaling more than $1.2 billion. Further, Robins Kaplan and Berger Montague serve as two of three Co-Leads in *In re Payment Card Interchange Fee Litig*., No. 1:05-md-1720 (E.D.N.Y.), in which an agreement in principle was just reached to settle this huge antitrust MDL on behalf of thousands of merchants. Just last month, Hausfeld and Berger Montague, acting as two of four co-lead counsel, achieved a superlative result in *In re Dental Supplies Antitrust Litig.*, No. 1:16-cv-696 (E.D.N.Y.), where, after class-certification briefing closed, the defendants tentatively agreed to settle for $80 million. And in the last two major antitrust class actions in this district, *In re Flat Glass*, No. 98-

---

[5] This Court has appointed Berger Montague lead counsel three times in employment-related class cases: *McGeary v. North American Pipeline Inspection, LLC*, No. 2:14-cv-00992-JFC (W.D. Pa. Dec. 22, 2015); *Niver v. Specialty Oilfield Sols.*, No. 14-1599-JFC (W.D. Pa. Oct. 7, 2015); and *Caudell v. RDL Energy Services*, No. 2:11-cv-01523-JFC (W.D. Pa. Jul. 30, 2012).

3498, and *In re Flat Glass II*, No. 08-mc-180, Judge Ambrose appointed Michael Hausfeld as co-lead counsel, joined in the second litigation by current Robins Kaplan partner Hollis Salzman (at her former firm), resulting in combined total settlements of $83.7 million.

All told, our firms have achieved ***over $10 billion*** in class-action antitrust settlements and judgments in the last decade, a figure that no other firms in this case can rival. Most recently:

- **Robins Kaplan** has negotiated more than $1 billion in settlements in *In re Automotive Parts Antitrust Litig.*, which is one of the largest amounts that indirect purchaser "end payors" have ever recovered in a U.S. antitrust matter, while also obtaining the largest known antitrust class action settlement in the absence of a DOJ investigation in *Dahl v. Bain Capital Partners, LLC*, No. 1:07-cv-12388 (D. Mass.) (nearly $600 million).

- **Berger Montague** successfully co-led: *In re Domestic Drywall Antitrust Litig.*, 2:13-md-2437 (E.D. Pa.) ($190 million in settlements), in which Judge Baylson commended the firm's and Mr. Cramer's work as "sophisticated," "highly professional," and "imaginative"; *Castro v. Sanofi Pasteur Inc.*, No. 2:11-cv-7178 (D.N.J.) (2017) ($61.5 million in settlements), for which Judge Arleo praised Mr. Cramer as follows: "I just want to thank you for an outstanding presentation. I don't say that lightly . . . it's not lost on me at all when lawyers come very, very prepared. And really, your clients should be very proud to have such fine lawyering. I don't see lawyering like this every day in the federal courts, and I am very grateful"; and *King Drug Co. of Florence, Inc. v. Cephalon, Inc.*, No. 2:06-cv-1797 (E.D. Pa.) ($612 million in settlements).

- **Hausfeld** has (1) negotiated new settlements totaling $340 million in *In re LIBOR-Based Financial Instruments Antitrust Litig.*, No. 1:11-md-2262 (S.D.N.Y) (following earlier settlements of $250 million), a historic class action involving manipulation of benchmark interest rates; (2) secured final approval of settlements totaling $2.3 billion in *In re Foreign Exchange Antitrust Litig.*, 1:13-cv-7789 (S.D.N.Y.), another landmark class action concerning manipulation of foreign-currency exchange rates; and (3) settled, on the first day of trial, for $250 million, *Hale v. State Farm*, 3:12-cv-660 (S.D. Ill.), a civil racketeering case in which plaintiffs alleged that State Farm attempted to manipulate the Illinois judiciary in an effort to reverse an earlier $1 billion jury verdict.

**Our Longstanding Efforts in This Case:** Since filing the first complaints in April 2018, Majority Counsel have hired leading economic experts in the field; interviewed confidential witnesses at length; responded to many class-member inquiries; and earned the support of the vast majority of plaintiffs and their counsel. Majority Counsel are thus uniquely qualified to lead this litigation.

Dated: September 11, 2018                                Respectfully submitted,

By: /s/ Hollis Salzman
Hollis Salzman
Kellie Lerner
Jennifer C. Jones
David B. Rochelson
Nathaniel C. Ament-Stone
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
Tel: (212) 980-7400
Fax: (212) 980-7499
hsalzman@robinskaplan.com
klerner@robinskaplan.com
jjones@robinskaplan.com
drochelson@robinskaplan.com
nament-stone@robinskaplan.com

Thomas J. Undlin
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel: (612) 349-8500
Fax: (612) 339-4181
tundlin@robinskaplan.com

Tai S. Milder
Aaron M. Sheanin
**ROBINS KAPLAN LLP**
2440 West El Camino Real, Suite 100
Mountain View, CA 94040
Tel: (650) 784-4024
Fax: (650) 784-4041
tmilder@robinskaplan.com
asheanin@robinskaplan.com

*Counsel for Plaintiffs Dustin Theobald and*
*Kory Marietta*

By: /s/ Sathya S. Gosselin
Sathya S. Gosselin
Michael D. Hausfeld
Brian A. Ratner
Melinda R. Coolidge
**HAUSFELD LLP**
1700 K Street, NW Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeld.com
bratner@hausfeld.com
sgosselin@hausfeld.com
mcoolidge@hausfeld.com

Scott Martin
Irving Scher
Jeanette Bayoumi
**HAUSFELD LLP**
33 Whitehall Street, Floor 14
New York, NY 10004
Tel: (646) 357-1100
smartin@hausfeld.com
ischer@hausfeld.com
jbayoumi@hausfeld.com

Brent Landau
**HAUSFELD LLP**
325 Chestnut Street
Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3270
blandau@hausfeld.com

*Counsel for Plaintiff Travis Carruth*

By: /s/ Eric L. Cramer

Eric L. Cramer
Michael Dell'Angelo
Karissa Sauder
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
ksauder@bm.net

Daniel Walker
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW Suite 300
Washington, DC 20006
Tel: (202) 559-9745
Fax: (215) 875-4606
dwalker@bm.net

*Counsel for Plaintiffs Sloan Stewart and John W. Lucas*

John C. Evans
**JCEVANS LAW, P.C.**
436 7th Avenue
The Koppers Building, 26th Floor
Pittsburgh, PA 15219
Tel: (412) 642-2300
Fax: (412) 642-2309
jcevans@jcevanslaw.com

*Counsel for Plaintiffs Dustin Theobald and Kory Marietta*

David B. Spear
**MINTO LAW GROUP, LLC**
Two Gateway Center
603 Stanwix Street, Suite 2025
Pittsburgh, PA 15222
Tel: (412) 201-5525
Fax: (412) 201-5526
dspear@mintolaw.com

8

Joshua H. Grabar
**GRABAR LAW OFFICE**
1735 Market St. Ste. 3750
Philadelphia, PA 19103
Tel: (267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff Travis Carruth*

Daniel C. Girard
Dena C. Sharp
Adam E. Polk
Scott Grzenczyk
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dcg@girardgibbs.com
chc@girardgibbs.com
aep@girardgibbs.com
smg@girardgibbs.com

James P. Ulwick
**KRAMON & GRAHAM P.A.**
One South Street, Suite 2600
Baltimore, MD 21202
Tel: (410) 752-6030
Fax: (410) 539-1269
julwick@kg-law.com

Andrew C. White
William N. Sinclair
Stephen G. Grygiel
**SILVERMAN THOMPSON SLUTKIN WHITE, LLC**
201 N. Charles Street, 26th Floor
Baltimore, MD 21201
Tel: (410) 385-2225
Fax: (410) 547-2432
awhite@mdattorney.com
bsinclair@mdattorney.com
sgrygiel@mdattorney.com

*Counsel for Plaintiffs Paul Arcuri and Ashley Kerr*

9

Bruce C. Fox
**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
BNY Mellon Center
500 Grant Street, Suite 5240
Pittsburgh, PA 15219-2502
Tel: (412) 566-1500
bruce.fox@obermayer.com

William J. Leonard
**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
Centre Square West
1500 Market Street, 34th Floor
Philadelphia, PA 19102
Tel: (215) 665-3000
william.leonard@obermayer.com

Michael J. Boni
Joshua D. Snyder
John E. Sindoni
**BONI, ZACK & SNYDER LLC**
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: (610) 822-0200
mboni@bonizack.com
jsnyder@bonizack.com
jsindoni@bonizack.com

*Counsel for Plaintiff Jason Caron*

Arthur N. Bailey
Marco Cercone
R. Anthony Rupp, III
**RUPP BAASE PFALZGRAF
CUNNINGHAM, LLC**
1600 Liberty Center
424 Main Street
Buffalo, NY 14202
Tel: (716) 664-2967
Fax: (716) 664-2983
bailey@ruppbaase.com
cercone@ruppbaase.com
rupp@ruppbaase.com

*Counsel for Plaintiffs Jason Caron and
Jeffrey J. Ochoa*

Paul Mark Sandler
Eric R. Harlan
**SHAPIRO SHER GUINOT & SANDLER**
250 West Pratt Street Suite 2000
Baltimore, MD 21201
Tel: (410) 385-0202
Fax: (410) 539-7611
pms@shapirosher.com
erh@shapirosher.com

*Counsel for Plaintiffs Sloan Stewart and John
W. Lucas*

Michael K. Yarnoff
**KEHOE LAW FIRM**
Two Penn Center Plaza
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102
Tel: (215) 792-6676
myarnoff@kehoelawfirm.com

*Counsel for Plaintiff John W. Lucas*

11

A. Patricia Diulus-Myers
**SEGMILLER & ASSOCATES**
Rivertech Centre
3700 South Water Street, Suite 130
Pittsburgh, PA 15203
Tel: (412) 227-5886
Fax: (412) 227-5887
apdm@segmend.com

W. Joseph Bruckner
Heidi M. Silton
Elizabeth R. Odette
**LOCKRIDGE GRINDAL NAUEN
P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
hmsilton@locklaw.com
erodette@locklaw.com

*Counsel for Plaintiff Jeffrey J. Ochoa*

Robert N. Kaplan
Gregory K. Arenson
Matthew P. McCahill
Jeffrey P. Campisi
Elana Katcher
**KAPLAN FOX & KILSHEIMER, LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
rkaplan@kaplanfox.com
garenson@kaplanfox.com
mmccahill@kaplanfox.com
jcampisi@kaplanfox.com
ekatcher@kaplanfox.com

Jonathan W. Cuneo
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue, N.W., Suite 200
Washington, D.C. 20016
Tel: (202) 789-3690
Fax: (202) 789-1813
jonc@cuneolaw.com

Paul A. Lagnese
**BERGER & LAGNESE**
310 Grant Street
Suite 720, Grant Building
Pittsburgh, PA 15219
Tel: (412) 471-4300
Fax: (412) 471-3116
paull@bergerlagnese.com

*Counsel for Plaintiff Daniel Lienemann*

Cyril V. Smith, Esquire
Alicia Shelton, Esquire
**ZUCKERMAN SPAEDER LLP**
100 East Pratt Street, Suite 2440
Baltimore, MD 21202-1031
Tel: (410) 332-0444
Fax: (410) 659-0436
csmith@zuckerman.com
ashelton@zuckerman.com

Joseph H. Meltzer
Kimberly A. Justice
Zachary Arbitman
**KESSLER TOPAZ MELTZER &
CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
jmeltzer@ktmc.com
kjustice@ktmc.com
zarbitman@ktmc.com

*Counsel for Plaintiff Janis McNeal*

13

Jason S. Hartley
**HARTLEY LLP**
500 West C Street, Suite 1750
San Diego, CA 92101
Tel: (619) 400-5822
Fax: (619) 400 5832
hartley@hartleyllp.com

Russell T. Burke
**MCGOWAN, HOOD & FELDER, LLC**
1517 Hampton Street
Columbia, SC 29201
Tel: (803) 779-0100
Fax: (803) 787-0750
rburke@mcgowanhood.com

Vincent J. Esades
**HEINS MILLS & OLSON, P.L.C.**
310 Clifton Avenue
Minneapolis, MN 55403
Tel: (612) 338-4605
Fax: (612) 338-4692
vesades@heinsmills.com

*Counsel for Plaintiffs Edward Kubik,*
*Deondra Randle and Allyn Basore*

Joel R. Hurt, Esquire
Ruairi McDonnell, Esquire
**FEINSTEIN DOYLE PAYNE &**
**KRAVEC, LLC**
429 Fourth Avenue, Suite 1300
Pittsburgh, PA 15219
Tel: (412) 281-8400
Fax: (412) 281-1007
jhurt@fdpklaw.com
rmcdonnell@fdpklaw.com

*Counsel for Plaintiffs Kory Marietta, Stephen*
*Baldassano, Brian Lara, Timothy Bacco and*
*Daniel Craver*

14

Craig L. Briskin, Esquire
**MEHRI & SKALET, PLLC**
1250 Connecticut Ave. N.W. , Suite 300
Washington, DC 20036
Tel: (202) 822-5100
Fax: (202) 822-4997
cbriskin@findjustice.com

Samuel J. Strauss, Esquire
**TURKE & STRAUSS, LLP**
613 Williamson Street, Suite 201
Madison, WI 53703
Tel: (608) 237-1775
Fax: (608) 509-4423
sam@turkestrauss.com

*Counsel for Plaintiff Stephen Baldassano*

M. Stephen Dampier, Esquire
**THE DAMPIER LAW FIRM P.C.**
55 N. Section Street
Fairhope, AL 36532
Tel: (251) 929-0900
Fax: (251) 929-0800
stevedampier@dampierlaw.com

*Counsel for Plaintiffs Brian Lara and
Timothy Bacco*

Robert S. Kitchenoff, Esq.
**WEINSTEIN KITCHENOFF & ASHER
LLC**
100 South Broad Street, Suite 705
Philadelphia, PA 19110-1061
Tel: (215) 545-7200
Fax: (215) 545-6535
kitchenoff@wka-law.com

*Counsel for Plaintiff Daniel Craver*

15

Jennifer Duncan Hackett
James R. Martin
Miriam R. Vishio
**ZELLE LLP**
1775 Pennsylvania Avenue, NW,
Suite 375
Washington, D.C. 20006
Tel: (202) 899-4100
jhackett@zelle.com
jmartin@zelle.com
mvishio@zelle.com

Christopher T. Micheletti
Judith A. Zahid
Qianwei Fu
Heather T. Rankie
**ZELLE LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Tel: (415) 693-0700
cmicheletti@zelle.com
jzahid@zelle.com
qfu@zelle.com
hrankie@zelle.com

*Counsel for Plaintiff John Brand*

Nicholas A. Migliaccio, Esq.
Jason S. Rathod, Esq.
**MIGLIACCIO & RATHOD LLP**
412 H Street NE, Suite 302
Washington, DC 20002
Tel: (202) 470-3520
Fax: (202) 800-2730
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Daniel E. Gustafson
Daniel C. Hedlund
Catherine K. Smith
Brittany N. Resch
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
csmith@gustafsongluek.com
bresch@gustafsongluek.com

Kevin Landau
Tess Bonoli
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, NY 10038
Tel: (212) 931-0704
Fax: (212) 931-0703
klandau@tcllaw.com
tbonoli@tcllaw.com

Richard M. Paul, III
Ashlea G. Schwarz
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, MO 64106
Tel: (816) 984-8103
Fax: (816) 984-8101
rick@paulllp.com
ashlea@paulllp.com

Brian Douglas Penny
**GOLDMAN SCARLATO & PENNY, P.C.**
Eight Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, PA 19428
Tel: (484) 342-0700
Fax: (484) 580-8747
penny@lawgsp.com

Simon B. Paris
Patrick Howard
**SALTZ, MONGELUZZI, BARRETT &
BENDESKY, P.C.**
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Tel: (215) 496-8282
Fax: (215) 496-0999
sparis@smbb.com
phoward@smbb.com

Dianne M. Nast
**NAST LAW LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19108
Tel: (215) 923-9300
Fax: (215) 923-9302
dnast@nastlaw.com

*Counsel for Plaintiff Bryon K. Wells*