IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION ) ) ) ) ) | MDL DOCKET: Misc. No. 18-798 <br><br> MDL No. 2850 |
| This Document Relates to All Actions ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MARK H. HAMER

Mark H. Hamer, undersigned counsel for Defendants Knorr-Bremse AG, Knorr Brake Company LLC, New York Air Brake LLC, Bendix Commercial Vehicles Systems LLC, and Richard Bowie hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for said Defendants in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Mark H. Hamer filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: September 12, 2018

*/s/ Mark H. Hamer*
Mark H. Hamer
**Baker McKenzie LLP**
815 Connecticut Ave., NW
Washington DC 20006
T: (202) 452-7077
F: (202) 416-7177
Mark.Hamer@bakermckenzie.com

*Counsel for Defendants Knorr-Bremse AG,*
*Knorr Brake Company LLC,*
*New York Air Brake LLC,*
*Bendix Commercial Vehicles Systems LLC,*
*and Richard Bowie*