### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION | ) ) ) Master Docket: Misc. No. 18-798 ) |
| This Document Relates to: ALL ACTIONS | ) MDL No. 2850 ) ) ) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ERIC L. CRAMER

Eric L. Cramer, undersigned counsel for Plaintiffs Sloan Stewart and John W. Lucas and the proposed class, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs Sloan Stewart and John W. Lucas and the proposed class, pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions, dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Eric L. Cramer, filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: September 12, 2018                                                  Respectfully Submitted,

                                                                                          /s/ Eric L. Cramer
                                                                                        Eric L. Cramer (PA. Bar. No. 69289)
                                                                                        **BERGER MONTAGUE PC**
                                                                                         1818 Market Street, Suite 3600
                                                                                         Philadelphia, PA 19103
                                                                                        Tel:    (215) 875-3000
                                                                                        Fax:   (215) 875-4604
                                                                                        Email: ecramer@bm.net

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I certify that on September 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: September 12, 2018                                                /s/ Eric L. Cramer  
                                                                                        Eric L. Cramer