**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | **)** | |
| IN RE: RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION | **)** **)** **)** **)** | Master Docket: Misc. No. 18-798 |
| | **)** | |
| This Document Relates to: | **)** | MDL No. 2850 |
| | **)** | |
| All Actions | **)** | |
| | **)** | |

<u>**MOTION FOR ADMISSION *PRO HAC VICE* FOR DANIEL C. HEDLUND**</u>

Daniel C. Hedlund, undersigned counsel for Plaintiff Byron K. Wells, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for the Plaintiff, pursuant to LCvR 83.2 and LCvR 83.3. LCvR 82.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Daniel C. Hedlund filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: September 13, 2018

Respectfully submitted,

s/ *Daniel C. Hedlund*
Daniel C. Hedlund
Daniel E. Gustafson
Catherine K. Smith
Brittany N. Resch
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

*Attorneys for Plaintiff Byron K. Wells*

## CERTIFICATE OF SERVICE

I certify that on September 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: September 13, 2018                     s/ *Daniel C. Hedlund*
                                              Daniel C. Hedlund