# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION | Master Docket: Misc. No. 18-798 |
| This Document Relates to: ALL ACTIONS | MDL No. 2850 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL E. MARTINEZ

Michael E. Martinez, undersigned counsel for Defendants Westinghouse Air Brake Technologies Corporation; Faiveley Transport North America Inc.; Faiveley Transport, S.A.; Railroad Controls, LP; Wabtec Passenger Transit; Wabtec Railway Electronics, Inc.; Xorail, Inc.; and Ricon Corporation (collectively, "Defendants"), hereby moves that he be admitted to appear and practice in this Court as counsel *pro hac vice* for Defendants in the above-captioned matter pursuant to this Court's September 14, 2018 Order re Pro Hac Vice Admissions, in addition to LCvR 83.2, LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Michael E. Martinez filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: September 18, 2018　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Michael E. Martinez*
　　　　　　　　　　　　　　　　　　　Michael E. Martinez (Illinois ID#6275452)
　　　　　　　　　　　　　　　　　　　K&L Gates LLP
　　　　　　　　　　　　　　　　　　　70 W. Madison St., Suite 3300
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　Telephone: (312) 372-1121
　　　　　　　　　　　　　　　　　　　Fax: (312) 827-8000

michael.martinez@klgates.com

*Counsel for Defendants Westinghouse Air Brake Technologies Corporation; Faiveley Transport North America Inc.; Faiveley Transport, S.A.; Railroad Controls, LP; Wabtec Passenger Transit; Wabtec Railway Electronics, Inc.; Xorail, Inc.; and Ricon Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2018, a true and correct copy of the foregoing was electronically filed with the Court and served on all counsel of record via the Court's electronic filing system.

/s/ Michael E. Martinez_____
Michael E. Martinez