UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION | Master Docket Misc. No. 18-798<br><br>MDL No. 2850<br><br>MOTION FOR ADMISSION *PRO HAC VICE* OF SHANA E. SCARLETT |

Shana E. Scarlett, undersigned counsel for plaintiff Luis Tarin, hereby moves that she be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for plaintiff Luis Tarin, pursuant to Local Civil Rule 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Shana E. Scarlett, under which, it is averred that she satisfies the requirements of the foregoing Local Rules and Standing Order for admission to practice *pro hac vice* in this District.

DATED: September 25, 2018

HAGENS BERMAN SOBOL SHAPIRO LLP

By:   s/ Shana E. Scarlett
      SHANA E. SCARLETT

715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Counsel for Plaintiffs*

- 1 -