UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RAILWAY EMPLOYEE<br>NO-POACH ANTITRUST LITIGATION<br><br>**This Document relates to:**<br>*John Brand v. Knorr-Bremse AG, et al.* | Master Docket No. 2:18-mc-00798<br>MDL No. 2850<br><br><br>No. 2:18-cv-01193 |

**MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER T. MICHELETTI**

**Christopher T. Micheletti**, undersigned counsel for Plaintiff John Brand, hereby applies to the Court for permission to appear and practice in the Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff John Brand.

In support of the motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Christopher T. Micheletti filed herewith, which, it is averred, satisfied the requirements of Local Rule 83.2B.

Dated:  September 25, 2018            Respectfully Submitted,

                                       /s/ Christopher T. Micheletti

                                      Christopher T. Micheletti
                                      ZELLE LLP
                                      44 Montgomery St., Suite 3400
                                      San Francisco, CA 94506
                                      Telephone:  (415) 693-0700
                                      Facsimile:  (415) 693-0770
                                      Email:     cmicheletti@zelle.com

                                      *Counsel for Plaintiff John Brand*

**CERTIFICATE OF SERVICE**

    I certify that on September 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                      */s/ Christopher T. Micheletti*