UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RAILWAY EMPLOYEE<br>NO-POACH ANTITRUST LITIGATION<br><br>**This Document relates to:**<br>*John Brand v. Knorr-Bremse AG, et al.* | Master Docket No. 2:18-mc-00798<br>MDL No. 2850<br><br><br>No. 2:18-cv-01193 |

### MOTION FOR ADMISSION *PRO HAC VICE* OF QIANWEI FU

**Qianwei Fu**, undersigned counsel for Plaintiff John Brand, hereby applies to the Court for permission to appear and practice in the Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff John Brand.

In support of the motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Qianwei Fu filed herewith, which, it is averred, satisfied the requirements of Local Rule 83.2B.

Dated:  September 25, 2018

Respectfully Submitted,

 */s/ Qianwei Fu*

Qianwei Fu
ZELLE LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94506
Telephone:  (415) 693-0700
Facsimile:  (415) 693-0770
Email:       qfu@zelle.com

*Counsel for Plaintiff John Brand*

## **CERTIFICATE OF SERVICE**

I certify that on September 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                            */s/ Qianwei Fu*