**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION | Master Docket Misc. No. 18-798 <br><br> MDL No. 2850 <br><br> MOTION FOR *ADMISSION PRO HAC VICE* OF STEVE W. BERMAN |
| This Document Relates to: <br><br> ALL ACTIONS | |

Steve W. Berman, undersigned counsel for plaintiff Luis Tarin, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for plaintiffs Luis Tarin, pursuant to Local Civil Rule 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Steve W. Berman, under which, it is averred that he satisfies the requirements of the foregoing Local Rules and Standing Order for admission to practice *pro hac vice* in this District.

DATED: September 27, 2018          HAGENS BERMAN SOBOL SHAPIRO LLP


By:_____s/ Steve W. Berman_____
          STEVE W. BERMAN

1301 2nd Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com


*Counsel for Plaintiffs*

010773-11 1067122 V1