# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION** | **Master Docket: Misc. No. 18-798**<br>**MDL No. 2850** |
| **This Document Relates to:**<br>**All Actions** | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF RICHARD E. DONAHOO

Richard E. Donahoo, undersigned counsel for Plaintiffs Derek Johnson, Shawn Shepherd, Sonny Fricia, David Escalera, and Luis Tarin, hereby applies to the Court for permission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* pursuant to L.Cv.R. 83.2 and 83.3.

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Richard E. Donahoo filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules.

DATED: October 1, 2018   Respectfully Submitted,

By: */s/ Richard E. Donahoo*
Richard E. Donahoo
CA ID No. 186957
DONAHOO & ASSOCIATES, PC
440 W. First Street, Suite 101
Tustin, CA 92780
714-953-1010
rdonahoo@donahoo.com

Counsel for Plaintiffs Derek Johnson, Shawn Shepherd, Sonny Fricia, David Escalera, and Luis Tarin

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October, 2018, I caused the foregoing Motion for Admission *Pro Hac Vice* of Richard E. Donahoo to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

       /s/ *Richard E. Donahoo*
      Richard E. Donahoo