IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION<br><br>This Document Relates to All Actions | MDL DOCKET: Misc. No. 18-798<br><br>MDL No. 2850 |

**MOTION FOR ADMISSION *PRO HAC VICE* OF GRAHAM R. CRONOGUE**

Graham R. Cronogue, undersigned counsel for Defendants Knorr-Bremse AG, Knorr Brake Company LLC, New York Air Brake LLC, Bendix Commercial Vehicles Systems LLC, and Richard Bowie hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for said Defendants in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Graham R. Cronogue filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: October 3, 2018

                                                          Respectfully submitted,

                                                          /s/ Graham Cronogue
                                                          Graham Cronogue
                                                          Baker & McKenzie LLP
                                                          815 Connecticut Avenue NW
                                                          Washington, DC 20006
                                                          Phone: (202) 835-6249
                                                          Email: graham.cronogue@bakermckenzie.com
                                                          *Counsel for Defendants Knorr-Bremse AG,*
                                                          *Knorr Brake Company LLC,*
                                                          *New York Air Brake LLC,*
                                                          *Bendix Commercial Vehicles Systems LLC,*
                                                          *and Richard Bowie*