**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: RAILWAY INDUSTRY | ) | MLD DOCKET:  Misc. No. 18-798 |
| EMPLOYEE NO-POACH ANTITRUST | ) | |
| LITIGATION | ) | MDL No. 2850 |
| | ) | |
| This Document Relates to All Actions | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF CATHERINE Y. STILLMAN

Catherine Y. Stillman, undersigned counsel for Defendants Knorr-Bremse AG, Knorr Brake Company LLC, New York Air Brake LLC, Bendix Commercial Vehicles Systems LLC, and Richard Bowie, hereby moves that she be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for said Defendants in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Catherine Y. Stillman filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated:  October 4, 2018

*/s/ Catherine Y. Stillman*
Catherine Y. Stillman
**Baker McKenzie LLP**
452 Fifth Avenue
New York, NY 10018
Tel: +1 212 626 4218
Fax: +1 212 310 1679
catherine.stillman@bakermckenzie.com

*Counsel for Defendants Knorr-Bremse AG,*
*Knorr Brake Company LLC,*
*New York Air Brake LLC*,
*Bendix Commercial Vehicles Systems LLC,*
*and Richard Bowie*