UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION | : : : | Master Docket: Misc. No. 18-798 MDL No. 2850 |
| This Document Relates to: All Actions | : : : : | |

## AMENDED MOTION FOR ADMISSION *PRO HAC VICE* OF ADAM J. PESSIN

Adam J. Pessin, undersigned counsel for Plaintiff David Escalera, hereby applies to the Court for permission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* pursuant to L.Cv.R. 83.2 and 83.3.

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Adam J. Pessin filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules.

Dated: November 6, 2018

Respectfully submitted,

/s/ *Adam J. Pessin*
Adam J. Pessin
PA ID No. 92325
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
apessin@finekaplan.com

Counsel for Plaintiff David Escalera
and the Proposed Class

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2018, I caused the foregoing Amended Motion for Admission *Pro Hac Vice* of Adam J. Pessin to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

/s/ *Adam J. Pessin*
Adam J. Pessin