UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE RAILWAY EMPLOYEE NO-POACH ANTITRUST LITIGATION<br><br>This Document Relates To: ALL ACTIONS | Master Docket Misc. No. 18-798<br><br>MDL No. 2850 |

**MOTION FOR ADMISSION *PRO HAC VICE***

Jason S. Hartley, undersigned counsel for Plaintiff Patricia Lonergan, hereby moves for admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Patricia Lonergan and the Class, pursuant to Local Civil Rule 83.2 and this Court's Case Management Order dated October 16, 2018 (Dkt. No. 90).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Jason S. Hartley, under which, it is averred that he satisfies the requirements of the foregoing Local Rules and Case Management Order.

DATED: November 7, 2018

Respectfully submitted,

HARTLEY LLP

By: s/Jason S. Hartley
Jason S. Hartley
HARTLEY LLP
550 West C Street, Suite 1750
San Diego, CA 92101
Tel: (619) 400-5822
Fax: (619) 400-5832
hartley@hartleyllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

                        By:  s/Jason S. Hartley
                              Jason S. Hartley
                              HARTLEY LLP
                              550 West C Street, Suite 1750
                              San Diego, CA 92101
                              Tel:  (619) 400-5822
                              Fax:  (619) 400-5832
                              hartley@hartleyllp.com