UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION | ) ) Master Docket Misc. No. 18-798 ) ) MDL No. 2850 ) |
| This Document Relates to: ALL ACTIONS | ) ) ) ) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID C. KIERNAN

David C. Kiernan, undersigned counsel for Defendants Westinghouse Air Brake Technologies Corporation; Faiveley Transport North America Inc.; Faiveley Transport, S.A.; Railroad Controls, LP; Wabtec Passenger Transit; Wabtec Railway Electronics, Inc.; Xorail, Inc.; and Ricon Corporation (collectively, "Defendants"), hereby moves that David C. Kiernan be admitted to appear and practice in this Court as counsel pro hac vice for Defendants in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of David C. Kiernan filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

- 2 -

December 4, 2018                                Respectfully submitted,

                                                   /s/ David C. Kiernan
David C. Kiernan (CA 215335)
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104
Tel: 415-626-3939
Fax: 415-875-5700
dkiernan@jonesday.com

*Counsel for Defendants Westinghouse Air Brake Technologies Corporation; Faiveley Transport North America Inc.; Faiveley Transport, S.A.; Railroad Controls, LP; Wabtec Passenger Transit; Wabtec Railway Electronics, Inc.; Xorail, Inc.; and Ricon Corporation*

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

    I hereby certify that on this 4th day of December, 2018, a true and correct copy of this Motion for Admission *Pro Hac Vice* of David C. Kiernan was filed and served on counsel of record via the United States District Court for the Western District of Pennsylvania's CM/ECF system.

                                             */s/ David C. Kiernan*
                                             David C. Kiernan

NAI- 1505629743v2