IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION | Civil No. 2:18-MC-00798-JFC<br><br>MDL No. 2850<br>Judge Joy Flowers Conti |

## MOTION FOR PRO HAC VICE ADMISSION

Nickolai G. Levin, undersigned counsel for the United States, hereby moves that Nickolai G. Levin be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for the United States in the above-captioned matter pursuant to Local Civil Rule 83.2 and 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006.

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Nickolai G. Levin filed herewith, which, it is averred satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: February 8, 2019

*s/ Nickolai G. Levin*

Nickolai G. Levin (DC Bar 490881)
U.S. Department of Justice
Antitrust Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Office 3224
Washington, D.C. 20530
(202) 514-2886

1

IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION | Civil No. 2:18-MC-00798-JFC<br><br>MDL No. 2850<br>Judge Joy Flowers Conti |

## AFFIDAVIT OF NICKOLAI G. LEVIN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Nickolai G. Levin, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for the United States in the above-captioned matter pursuant to Local Civil Rules 83.2 and 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006.

I, Nickolai G. Levin, being duly sworn, do hereby depose and say as follows:

1. I am a Staff Attorney in the Appellate Section of the Antitrust Division of the United States Department.

2. My business address is: 950 Pennsylvania Ave NW, Office 3224, Washington, DC 20530.

3. I am a member in good standing of the DC Bar and the Virginia Bar.

4. My DC bar identification number is 490881. My VA bar identification number is 66645.

5. I primarily practice in DC. A current certificate of good standing from the DC Bar is attached to this Affidavit.

6. I have not had any disciplinary proceedings in either jurisdiction.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest under penalties of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: February 8, 2019          s/Nickolai G. Levin

                                          Nickolai G. Levin (DC 490881)
                                        U.S. Department of Justice
                                        Antitrust Division, Appellate Section
                                        U.S. Department of Justice
                                        950 Pennsylvania Avenue, N.W.
                                        Office 3224
                                        Washington, D.C. 20530
                                        (202) 514-2886



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Nicholas G Levin*

was duly qualified and admitted on **January 10, 2005** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on February 6, 2019.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

## CERTIFICATE OF SERVICE

I, Nickolai G. Levin, hereby certify that on February 8, 2019, I electronically filed the foregoing motion for admission pro hac vice with the Clerk of the Court for the United States District Court for the Western District of Pennsylvania. I certify that all participants in these cases are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

February 8, 2019                    /s/ Nickolai G. Levin
                                                              *Attorney*