UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE ) <br> NO-POACH ANTITRUST LITIGATION ) <br> ) <br> This Document Relates to: ) <br> All Actions ) <br> ) | Master Docket: Misc. No. 18-798 <br> MDL No. 2850 |

# MOTION FOR ADMISSION *PRO HAC VICE*
## OF JOSEPH GOLDBERG

Joseph Goldberg, undersigned counsel for Plaintiffs David Escalera, Shawn Shepherd and Luis Tarin, hereby moves the Court for permission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* pursuant to L.Cv.R. 83.2 and 83.3.

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Joseph Goldberg filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules.

Dated: February 27, 2019                              Respectfully submitted,

/s/ *Joseph Goldberg*
Joseph Goldberg
Freedman Boyd Hollander Goldberg
  Urias & Ward P.A.
20 First Plaza NW, Suite 700
Albuquerque, NM  87102
505.842.9960
jg@fbdlaw.com

Counsel for Plaintiffs David Escalera,
Shawn Shepherd and Luis Tarin
and the Proposed Class

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE ) <br> NO-POACH ANTITRUST LITIGATION ) <br> ) <br> This Document Relates to: ) <br> All Actions ) <br> ) | Master Docket: Misc. No. 18-798 <br> MDL No. 2850 |

**AFFIDAVIT OF JOSEPH GOLDBERG IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Joseph Goldberg, make this Affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs David Escalera, Shawn Shepherd and Luis Tarin and the proposed class in the above-captioned matter pursuant to L.Civ.R. 83.2 and 83.3, L.Cr.R. 83-2, and this Court's standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Joseph Goldberg, being duly sworn, do hereby depose and state as follows:

1. I am a partner of the law firm Freedman Boyd Hollander Goldberg Urias & Ward P.A.

2. My business address is 20 First Plaza NW, Suite 700, Albuquerque, NM, 87102; my business telephone number is 505.842.9960; my business fax number is 505.842.0761; and my email address is jg@fbdlaw.com.

3. I am a member in good standing of the bars of:

    a. New Mexico;

    b. Connecticut.

4. My bar identification numbers are 962 for NM and 26615 for Connecticut.

5. A current Certificate of Good Standing from the New Mexico Supreme Court is

attached to this Affidavit as Exhibit A.

6. I have not been subject to disciplinary proceedings concerning my practice of law.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: February 27, 2019                    /s/ *Joseph Goldberg*
                                            Joseph Goldberg

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2019, I caused the foregoing Motion for Admission *Pro Hac Vice* of Joseph Goldberg to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

/s/ *Joseph Goldberg*
Joseph Goldberg

# EXHIBIT A



IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

## Certificate

STATE OF NEW MEXICO }
} ss.
SUPREME COURT }

I, JOEY D. MOYA, Chief Clerk of the Supreme Court of the State of New Mexico, hereby certify that, upon passing a written examination prescribed by the New Mexico Board of Bar Examiners, **JOSEPH GOLDBERG** was admitted to practice law in the Supreme Court and other courts of the State of New Mexico on **September 16, 1975**, and has at all times since been and is now a member of the Bar of said Supreme Court in good standing.

"Good standing" means that the attorney is current on payment of State Bar dues, has complied with Minimum Continuing Legal Education requirements, and is not presently under either administrative or disciplinary suspension. No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

WITNESS, My official signature and the seal of said Court this 18th day of February, 2019.

Joey D. Moya
Chief Clerk of the Supreme Court
of the State of New Mexico

By: _____
Chief Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE ) <br> NO-POACH ANTITRUST LITIGATION ) <br> ) <br> This Document Relates to: ) <br> All Actions ) <br> ) | Master Docket: Misc. No. 18-798 <br> MDL No. 2850 |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2019, upon consideration of the Motion of Joseph Goldberg for Admission *Pro Hac Vice*, it is hereby ORDERED that said Motion be and hereby is GRANTED, and that Joseph Goldberg is hereby admitted to this Court *pro hac vice* for the purpose of representing Plaintiffs David Escalera, Shawn Shepherd and Luis Tarin in the above-captioned action.

BY THE COURT:

_____
The Honorable Joy Flowers Conti
Chief United States District Judge