# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE  )<br>NO-POACH ANTITRUST LITIGATION   ) <br>                                                                )<br>This Document Relates to:                          )<br>All Actions                                                   )<br>                                                                ) | Master Docket: Misc. No. 18-798<br>MDL No. 2850 |

## MOTION FOR ADMISSION *PRO HAC VICE*
## OF FRANK T. DAVIS, JR.

Frank T. Davis, Jr., undersigned counsel for Plaintiffs David Escalera, Shawn Shepherd and Luis Tarin, hereby moves the Court for permission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* pursuant to L.Cv.R. 83.2 and 83.3.

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Frank T. Davis, Jr. filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules.

Dated: March 15, 2019                                          Respectfully submitted,

/s/ *Frank T. Davis, Jr.*
Frank T. Davis, Jr.
Freedman Boyd Hollander Goldberg
  Urias & Ward P.A.
20 First Plaza NW, Suite 700
Albuquerque, NM  87102
505.842.9960
vjw@fbdlaw.com

Counsel for Plaintiffs David Escalera,
Shawn Shepherd and Luis Tarin
and the Proposed Class

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of March, 2019, I caused the foregoing Motion for Admission *Pro Hac Vice* of Frank T. Davis, Jr. to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

      /s/ *Frank T. Davis, Jr.*
      Frank T. Davis, Jr.