**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
t 415.956.1000
f 415.956.1008

FINE, KAPLAN AND BLACK, R.P.C.
ATTORNEYS AT LAW
ONE SOUTH BROAD STREET, 23RD FLOOR
PHILADELPHIA, PENNSYLVANIA 19107
(215) 567-6565
FAX: (215) 568-5872
E-mail: mail@finekaplan.com
www.finekaplan.com

August 13, 2019

<u>**VIA ECF**</u>

The Honorable Joy Flowers Conti
United States District Court
Western District of Pennsylvania
United States Courthouse, Room 5250
700 Grant Street
Pittsburgh, PA 15219

> Re: *In re: Railway Industry Employee No-Poach Antitrust Litigation*, 18-mc-798-JFC (W.D. Pa.)

Your Honor:

Interim Co-Lead Class Counsel in the above-referenced case write to inform the Court that they and Defendant Knorr-Bremse AG and its subsidiaries have reached an agreement to settle all individual and class claims alleged in the Consolidated Amended Complaint (Dkt. 199). The parties will complete documentation of the proposed settlement and will present it for the Court's consideration soon.

Respectfully,

*/s/ Dean M. Harvey*
Dean M. Harvey
Lieff Cabraser Heimann & Bernstein, LLP

*/s/ Roberta D. Liebenberg*
Roberta D. Liebenberg
Fine, Kaplan and Black, RPC

cc: Defense Counsel (via ECF)
1822005.1