## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION | ) ) Master Docket Misc. No. 18-798 ) ) MDL No. 2850 ) |
| This Document Relates to: ALL ACTIONS. | ) ) ) ) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JEREMY J. PILAAR

**Jeremy J. Pilaar**, undersigned counsel for Individual and Representative Plaintiffs Stephen Baldassano, David Escalera, John Brand, Brian Lara, and Patricia Lonergan, hereby moves that Jeremy J. Pilaar be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice*, pursuant to Local Civil Rule 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Jeremy J. Pilaar filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted.

Dated: September 13, 2019

*/s/ Jeremy J. Pilaar*
Jeremy J. Pilaar
(CA Bar. No. 325201)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery St., 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008
Email: jpilaar@lchb.com

*Counsel for Individual and Representative Plaintiffs Stephen Baldassano, David Escalera, John Brand, Brian Lara, and Patricia Lonergan*

## **CERTIFICATE OF SERVICE**

I certify that on September 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>*/s/ Jeremy J. Pilaar*
>Jeremy J. Pilaar