# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION | ) Master Docket Misc. No. 18-798 )  ) MDL No. 2850 ) |
| This Document Relates to: ALL ACTIONS | ) ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENTS AND TO DIRECT NOTICE TO THE PROPOSED SETTLEMENT CLASS**

1931208.1

Plaintiffs hereby respectfully move the Court for an Order to, among other things: (1) preliminarily approve the terms of the Settlements dated October 16, 2019 with the Knorr Defendants and February 24, 2020 with the Wabtec Defendants as fair, reasonable, and adequate; (2) preliminarily approve the plan of allocation proposed by Plaintiffs; (3) appoint the Notice Administrator and Escrow Agent proposed by Plaintiffs; (4) approve the form and content of the Settlement Notices and the proposed dissemination of Notice; (5) conditionally certify the Settlement Class pursuant to Rules 23(a), (b)(3) and (e) of the Federal Rules of Civil Procedure; and, (6) schedule a date for Final Approval Hearing and set related deadlines.

Defendants do not oppose this Motion.

In further support of this Motion, Plaintiffs submit the accompanying memorandum of law; proposed Settlement Agreements; proposed Preliminary Approval Order; Declaration of Dean M. Harvey; and the Declaration of the Honorable Thomas I. Vanaskie.

Plaintiffs respectfully request that their Motion be granted.

Dated: February 24, 2020                           Respectfully submitted,

| /s/ Dean M. Harvey | /s/ Roberta D. Liebenberg |
|---|---|
| Dean M. Harvey (*pro hac vice*) | Roberta D. Liebenberg (*pro hac vice*) |
| Lin Y. Chan (*pro hac vice*) | Gerard A. Dever (*pro hac vice*) |
| Yaman Salahi (*pro hac vice*) | Adam J. Pessin (*pro hac vice*) |
| Jeremy J. Pilaar (*pro hac vice*) | FINE, KAPLAN AND BLACK, R.P.C. |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | One South Broad Street, Suite 2300 |
| 275 Battery Street, 29th Floor | Philadelphia, PA  19107 |
| San Francisco, CA  94111-3339 | Telephone:  (215) 567-6565 |
| Telephone:  (415) 956-1000 | Facsimile:  (215) 568-5872 |
| Facsimile:  (415) 956-1008 | rliebenberg@finekaplan.com |
| dharvey@lchb.com | gdever@finekaplan.com |
| lchan@lchb.com | apessin@finekaplan.com |
| ysalahi@lchb.com | |
| jpilaar@lchb.com | |

*Counsel for Plaintiffs and the Proposed Settlement Class*

-2-

 /s/ Kelly K. Iverson
Kelly K. Iverson (307175)
CARLSON LYNCH, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
kiverson@carlsonlynch.com

*Liaison Counsel for Plaintiffs and the
Proposed Settlement Class*