# EXHIBIT B

SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement") is made and entered into as of this 24th day of

February 2020 (the "Execution Date") by and between Defendants Westinghouse Air Brake

Technologies Corporation, Wabtec Railway Electronics, Inc., Railroad Controls, L.P., Xorail

Inc., Faiveley Transport, S.A., and Faiveley Transport North America Inc. ("Wabtec

Defendants" or "Wabtec") and Plaintiffs (as defined herein at Paragraph 11), both individually

and on behalf of a Settlement Class (as defined herein at Paragraph 19).

**WHEREAS**, in 2018, separate actions were filed against the Wabtec Defendants and the

Knorr Defendants (as defined herein at Paragraph 9) alleging that the Wabtec Defendants and the

Knorr Defendants agreed that they would not compete for, recruit, poach, or hire each other's

employees in violation of the antitrust laws;

**WHEREAS**, those actions were coordinated and consolidated for pretrial proceedings in

the United States District Court for the Western District of Pennsylvania in the action captioned

*In re Railway Industry Employee No-Poach Antitrust Litigation*, MDL No. 2850 (the

"Consolidated Action");

**WHEREAS**, on July 31, 2019, Plaintiffs filed a Consolidated Amended Complaint (Dkt.

199) that alleges, among other things, that the Wabtec Defendants and Knorr Defendants entered

into agreements with each other not to compete for, recruit, poach, or hire each other's

employees in violation of antitrust and unfair competition laws;

**WHEREAS**, the Consolidated Amended Complaint further alleges, among other things,

that, as a result of the agreements, the Wabtec Defendants and Knorr Defendants

undercompensated their employees, including Plaintiffs and Settlement Class Members, and

seeks recovery of, among other things, unpaid compensation, statutory trebling, interest, costs and attorneys' fees;

**WHEREAS**, Plaintiffs and the Knorr Defendants entered a settlement resolving the claims raised in the Consolidated Action;

**WHEREAS**, Plaintiffs and the Wabtec Defendants (collectively the "Settling Parties") have engaged in substantial arm's-length negotiations in an effort to resolve all claims that have been, or could have been, asserted in the Consolidated Action, including through mediations with the Honorable Thomas Vanaskie (Retired) as well as through numerous in-person and telephone conferences, which negotiations resulted in this Settlement Agreement;

**WHEREAS**, Wabtec Defendants have denied and continue to deny that they (and each of them) engaged in any wrongdoing of any kind, or that they violated or breached any law, regulation, or duty owed to the proposed Settlement Class, and further deny that they individually or collectively have any liability as a result of any and all allegations in the Consolidated Action;

**WHEREAS**, Wabtec Defendants have agreed to enter into this Agreement solely to avoid the further expense, inconvenience, and distraction of burdensome and protracted litigation, and to thereby put to rest with finality this controversy with Plaintiffs and the Settlement Class;

**WHEREAS**, Plaintiffs and Class Counsel (as defined herein at Paragraph 12) have concluded that it is in the interest of all members of the proposed Settlement Class to resolve finally and have concluded completely their claims against Wabtec Defendants, and that the terms of the Settlement Agreement are in the best interests of the proposed Settlement Class and are fair, reasonable, and adequate; and

**NOW, THEREFORE**, in consideration of the promises, agreements, covenants, representations, and warranties set forth herein, and other good and valuable consideration provided for herein, the Settling Parties agree to a full, final, and complete settlement of the Consolidated Action on the following terms and conditions:

A.    **Definitions**

The following terms, as used in this Agreement, have the following meanings:

1.    "Action" or "Consolidated Action" or "Litigation" means the lawsuit captioned *In re: Railway Industry Employee No-Poach Antitrust Litigation*, MDL No. 2850, in the United States District Court for the Western District of Pennsylvania.

2.    "Attorneys' Fees and Expenses" means the amounts approved by the Court for payment to Class Counsel, including attorneys' fees, costs, and litigation expenses, as described in Paragraph 47 herein, which amounts are to be paid solely from the Settlement Fund.

3.    "Consolidated Amended Complaint" means the Consolidated Amended Complaint filed in the Action on July 31, 2019 (Dkt. 199).

4.    "Court" means the United States District Court for the Western District of Pennsylvania.

5.    "Effective Date" means the date by which all of the following events and conditions have occurred:

   a.    All parties have executed this Settlement Agreement;

   b.    The Court has preliminarily approved this Settlement Agreement;

   c.    Notice has been provided to the Settlement Class in a manner provided by the Court;

   d.    The Court has entered a Final Judgment; and

   e.    The Final Judgment has become final, with the occurrence of the following: (i) entry by the Court of a final order approving this Settlement

Agreement under Rule 23 of the Federal Rules of Civil Procedure together with entry of a final judgment dismissing the Action as to Wabtec Defendants and all claims against the Wabtec Releasees with prejudice as to Plaintiffs and all Settlement Class Members, and (ii) expiration of the time to appeal from the Court's approval of this Settlement Agreement and entry of the Final Judgment or, if an appeal from an approval and Final Judgment is taken, the affirmance of such Final Judgment in its entirety, without modification, by the court of last resort to which an appeal of such Final Judgment may be taken, provided, however, a modification or reversal on appeal of any amount of Attorneys' Fees and Expenses awarded by the Court from the Settlement Fund or any plan of allocation or distribution of the Settlement Fund shall not be deemed to be a modification of all or part of the terms of this Settlement Agreement or the Final Judgment.  Neither the provisions of Rule 60 of the Federal Rules of Civil Procedure nor the All Writs Act, 28 U.S.C. Section 1651, shall be taken into account in determining the above-stated times.

6.     "Escrow Agent" means Citibank, N.A., which, assuming it agrees to do so, shall enter into an Escrow Agreement to carry out the tasks more fully detailed in that agreement, including to receive, hold, invest, and disburse the Settlement Fund, subject to the direction of Co-Lead Class Counsel as authorized and approved by the Court.  The Settling Parties may replace Citibank, N.A. with another mutually agreeable financial institution.

7.     "Final Approval" means the Order of the Court granting final approval of the Settlement Agreement pursuant to Federal Rule of Civil Procedure 23(e).

8.     "Final Approval Hearing" or "Fairness Hearing" means the hearing at which the Court will consider Named Plaintiffs' motion for judgment and final approval of the Settlement.

9.     "Knorr Defendants" shall be defined to include Knorr-Bremse AG, New York Air Brake LLC, Knorr Brake Company LLC, and Bendix Commercial Vehicle Systems LLC.

10.     "Parties" means Wabtec Defendants and Plaintiffs.

11.     "Plaintiffs" or "Named Plaintiffs" or "Class Representatives" means Stephen Baldassano, John Brand, David Escalera, Brian Lara, and Patricia Lonergan.

12.     "Plaintiffs' Counsel" or "Class Counsel" means the law firms of Lieff Cabraser Heimann & Bernstein, LLP and Fine, Kaplan and Black, R.P.C., which have been appointed as Interim Co-Lead Counsel by the Court (Dkt. 106).

13.     "Preliminary Approval" means the Court's Order preliminarily approving the Settlement, the Plan of Notice, the form of Notice, and the Plan of Allocation.

14.     "Protective Order" means the Stipulated Protective Order entered in the Action (Dkt. 123).

15.     "Released Claims" has the meaning specified in Paragraph 36.

16.     "Released Parties" or "Wabtec Releasees" shall mean Westinghouse Air Brake Technologies Corporation, Wabtec Railway Electronics, Inc., Railroad Controls, L.P., Xorail Inc., Faiveley Transport, S.A., Faiveley Transport North America Inc., and each of their respective current and former parents, affiliates, subsidiaries, divisions, stockholders, insurers, officers, directors, employees, representatives, agents, and attorneys (and the predecessors, heirs, executors, administrators, successors, purchasers, and assigns of each of the foregoing).

17.     "Releasor" shall mean the Class Representatives and each Settlement Class Member, each of their respective current and former heirs, executors, administrators, and assigns; and anyone claiming by or through any of the foregoing.

18.     "Settlement," "Agreement," and "Settlement Agreement" each mean the instant settlement terms agreed to by the Settling Parties as reflected in this Settlement Agreement.

19.     "Settlement Class" means: "All natural persons who worked in job families in which railway industry experience or skills were valuable and were employed in the United States by one or more of the following: (a) from January 1, 2009 through April 3, 2018, Westinghouse Air Brake Technologies Corporation or its subsidiaries, including Wabtec

Railway Electronics, Inc., Railroad Controls, L.P., and Xorail Inc.; (b) from January 1, 2009

through April 3, 2018, Knorr Brake Company LLC or New York Air Brake LLC; or (c) from

June 1, 2010 through April 3, 2018, Faiveley Transport, S.A. or Faiveley Transport North

America Inc.  Excluded from the Settlement Class are senior executives and personnel in the

human resources, recruiting, and legal departments of the Defendants."  Appendix A lists the job

families and job titles of the Settlement Class.

20.    "Settlement Class Member" or "Class Member" means any person who meets the

"Settlement Class" definition above and who has not timely and properly opted out of the

Settlement Class.

21.    "Settlement Fund" is the account set up by the Escrow Agent into which the

Settlement Payment is paid.

22.    "Settlement Payment" means the sum of thirty-six million, nine hundred and fifty

thousand dollars ($36,950,000) that Wabtec Defendants shall pay or cause to be paid as

described in Paragraph 40 and subject to the limitations herein to be held, invested, administered,

and disbursed pursuant to this Settlement Agreement.

23.    "Wabtec Defendants" or "Wabtec" shall refer to:

    a.    Westinghouse Air Brake Technologies Corporation ("Wabtec Corp."), a
Delaware corporation with its headquarters in Pittsburgh, Pennsylvania.

    b.    Wabtec Railway Electronics, Inc., a wholly-owned subsidiary of Wabtec
Corp. headquartered in Germantown, Maryland.

    c.    Railroad Controls, L.P., a wholly-owned subsidiary of Wabtec Corp.
headquartered in Fort Worth, Texas.

    d.    Xorail Inc., a wholly-owned subsidiary of Wabtec Corp.

    e.    Faiveley Transport, S.A., a wholly-owned subsidiary of Wabtec Corp.

   f. Faiveley Transport North America Inc., a New York corporation headquartered in Greenville, South Carolina and wholly-owned subsidiary of Wabtec Corp.

24. "Wabtec's Counsel" means the law firms of JONES DAY and K&L GATES LLP.

**B.** **Settlement Class Certification**

25. The Parties to this Agreement hereby stipulate for purposes of settlement only that the requirements of Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure are satisfied, and, subject to Court approval, the Settlement Class set forth in Paragraph 19 shall be certified for settlement purposes as to Wabtec Defendants only (with the understanding that, by stipulating to the proposed Settlement Class, Wabtec Defendants do not agree that Rule 23 requirements are met for purposes of a litigation class and reserve all rights to oppose class certification in the event the Settlement is not approved).

**C.** **Approval of this Agreement, Preliminary Approval, Notice, and Final Approval**

26. Wabtec Defendants shall cooperate to the extent reasonably necessary in connection with Plaintiffs' Counsel's motions for Preliminary and Final Approval of the Settlement and related documents necessary to effectuate and implement the terms and conditions of this Agreement.

27. Wabtec Defendants shall have the right to review and comment on the motions for Preliminary and Final Approval, and Class Counsel shall provide Wabtec Defendants with copies of the draft motions at least five (5) court days prior to the filing of such motions.  Class Counsel shall consider any such comments in good faith, and shall not unreasonably reject such comments.

28.     Plaintiffs shall, following entry by the Court of an Order granting Preliminary

Approval  of this Settlement and dissemination of notice to the Settlement Class, seek entry of an

order granting Final Approval and entering final judgment in a form to be agreed upon by the

Parties which shall:

      a.     approve finally this Agreement and its terms as being a fair, reasonable, and adequate settlement as to the Settlement Class Members within the meaning of Rule 23 of the Federal Rules of Civil Procedure and directing its consummation according to its terms and conditions;

      b.     determine that the Class Notice constituted, under the circumstances, the most effective and best practicable notice of this Agreement and of the Fairness Hearing, and constituted due and sufficient notice for all other purposes to all persons entitled to receive notice;

      c.     confirm the appointment of Plaintiffs as class representatives and Plaintiffs' Counsel as Settlement Class Counsel;

      d.     direct that, as to Wabtec Defendants, the Action be dismissed with prejudice and, except as explicitly provided for in this Agreement, without costs;

      e.     reserve to the United States District Court for the Western District of Pennsylvania exclusive jurisdiction over the Settlement and this Agreement, including the administration and consummation of this Settlement;

      f.     determine under Federal Rule of Civil Procedure 54(b) that there is no just reason for delay, and direct that the final judgment of dismissal as to Wabtec Defendants shall be entered; and

      g.     require Plaintiffs' Counsel to file with the Clerk of the Court a record with the names and addresses of Class Members who timely exclude themselves from the Settlement Class, and provide a copy of the record to Wabtec's Counsel.

29.     If the Court denies the motion for Preliminary Approval without leave to file a

revised motion for Preliminary Approval, and appellate review is not sought or is denied, the

case will proceed as if no settlement had been attempted, and the Settling Parties shall be

returned to their respective procedural postures, *i.e.*, the status quo as of January 21, 2020, so that

the Settling Parties may take such litigation steps that Plaintiffs or Wabtec Defendants otherwise

would have been able to take absent the pendency of this Settlement Agreement.  In the event the

Settlement does not receive Preliminary Approval and appellate review is not sought or is

denied, the Settling Parties will negotiate and submit for Court approval a modified case

schedule.

30.     This Agreement shall become final only upon the Effective Date defined above.

The Agreement shall not be rescinded except in accordance with Paragraphs 53 to 58 of this

Agreement.

### D.     Appointment of Notice Administrator and Notice of Settlement to Class Members

31.     Class Counsel shall retain a reputable and experienced Notice Administrator,

which shall be responsible for the notice administration process, calculation of payments to Class

Members based on the Plan of Allocation approved by the Court, distributions to Class

Members, withholding and payment of applicable taxes, and other duties as provided herein and

in any agreement entered into between Class Counsel and the Notice Administrator.  Class

Counsel shall obtain approval by the Court of the choice of Notice Administrator.  The Notice

Administrator shall sign and be bound by the Protective Order entered in the Action.  The fees

and expenses of the Notice Administrator shall be paid exclusively out of the Settlement Fund

and the previous Settlement Fund with the Knorr Defendants.  Prior to the Effective Date,

expenses incurred by the Notice Administrator relating to this Settlement and approved by the

Court shall be paid solely from the Settlement Fund and the previous settlement with the Knorr

Defendants, upon invoice to Class Counsel.  In no event shall Wabtec Defendants be separately

responsible for any fees or expenses of the Notice Administrator.

32.     Plaintiffs' Counsel shall take all necessary and appropriate steps to ensure that notice of this Settlement Agreement and the date of the hearing scheduled by the Court to consider the fairness, adequacy, and reasonableness of this Agreement are provided in accordance with the Federal Rules of Civil Procedure and any Court orders.  Notice will be issued after Preliminary Approval by the Court and disseminated in a manner approved by the Court.

33.     For purposes of effectuating notice, Wabtec Defendants will provide the Notice Administrator an updated list of current or most-recently known names, addresses, and e-mail address information for all Class Members at least three weeks before the notice date ordered by the Court, to the extent such information is available and reasonably accessible.  Class Counsel will ask the Court to require the Knorr Defendants to do the same.  Class Counsel shall, in accordance with Rule 23(c)(2) of the Federal Rules of Civil Procedure, direct the Notice Administrator approved by the Court to provide the Class with Notice as ordered by the Court.

34.     Class Counsel shall propose, and Wabtec Defendants shall not oppose, that the notice be disseminated in a reasonable manner to the Settlement Class, including by U.S. mail and email using the last known addresses provided by Wabtec Defendants and the Knorr Defendants and publication (through print, email, and/or online notices) or such other method using a methodology developed by the Notice Administrator to provide notice.  The notice will direct Class Members to a website to be administered by the Notice Administrator that will provide additional information.

35.     Subject to Court approval, disbursements for any payments and expenses incurred in connection with the costs of notice and administration of the Settlement Fund by the Notice Administrator shall be made from the Escrow Account upon written notice to the Escrow Agent

by Plaintiffs' Counsel of such payments and expenses.  Wabtec Defendants shall have no obligation to pay for any costs beyond the funds already provided in the Settlement Fund.

      **E.**    **Release and Discharge**

      36.    Upon the Effective Date, each Releasor shall release, acquit, forever discharge, and covenant not to sue the Wabtec Releasees, their past or present parents, subsidiaries, divisions, affiliates, stockholders, officers, directors, insurers, employees, agents, attorneys, and any of their legal representatives (and the predecessors, heirs, executors, administrators, successors, purchasers, and assigns of each of the foregoing) from all claims, demands, judgment, actions, suits and/or causes of action, whether federal or state, known or unknown, asserted or unasserted, regardless of legal theory, arising in any way from or in any way related to the facts, activities, or circumstances alleged in one or more of the complaints in the Litigation, up to the Effective Date of the Settlement Agreement (the "Release" or "Released Claims").  Each Releasor hereby covenants and agrees that he, she, or it shall not, hereafter, assert a claim or otherwise seek to establish liability against any Released Party based in whole or in part on any Released Claims.  In addition, each Releasor hereby expressly waives and releases, upon this Settlement Agreement becoming final, any and all provisions, rights, or benefits conferred by section 1542 of the California Civil Code, which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

Each Releasor shall further be deemed to have, and shall have, waived any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law, which is similar, comparable or equivalent to section 1542 of the California Civil Code.  Each Named Plaintiff and member of the Settlement Class may hereafter

discover facts other than or different from those which he, she, or it knows or believes to be true with respect to the Released Claims. Nevertheless, each Named Plaintiff and member of the Settlement Class hereby expressly waives and fully, finally, and forever settles and releases, upon this Settlement becoming final, the Released Claims, whether any Released Claim is known or unknown, suspected or unsuspected, contingent or non-contingent, concealed or hidden, and also forever waives and relinquishes any and all rights and benefits existing under any law or principle of law in any jurisdiction that would limit or restrict the effect or scope of the provisions of the Release set forth above without regard to the subsequent discovery or existence of other different facts.

37.     The Release set forth herein shall not release any claims, whether pending or not, whether known or unknown, for product liability, personal injury, breach of warranty, breach of contract, or violation of the Uniform Commercial Code, or any other claims that were not or could not have been alleged in the Litigation whatsoever that are not related to the subject matter of the Litigation.

38.     Each Plaintiff and each Settlement Class Member who submits a claim to participate in the distribution of the Settlement Fund shall represent and warrant that his, her, or its portion of the Released Claims is his, her, or its property and he, she, or it has not assigned or transferred to any person or entity any right to recovery for any claim or potential claim that would otherwise be released under this Agreement. Each Plaintiff and each Settlement Class Member who submits a claim to participate in the distribution of the Settlement Fund shall further represent and warrant that each of them has a valid and existing right to release such claims and is releasing such claims pursuant to his, her, or its membership in the Settlement Class.

39.     Upon the Effective Date, Wabtec Defendants shall release Plaintiffs, Settlement Class members, and their counsel from any claims relating to the institution, prosecution, or settlement of the pending Action except for claims arising out of breach or enforcement of this Agreement.

**F.     Payment**

40.     Wabtec Defendants shall pay or cause to be paid the Settlement Payment as consideration for the Settlement.  The Settlement Payment reflects Wabtec Defendants' total obligation to the Settlement Class in connection with the Action and under this Settlement Agreement, including without limitation all obligations for (i) all claims by Named Plaintiffs and Settlement Class Members, (ii) all fees and costs of Class Counsel as ordered by the Court, (iii) any Class Representative service award payment, (iv) all costs of the Action (including experts, consultants, court costs, etc.) and all costs of Class Notice, Claims Administration, and all other fees and costs arising out of or related to the Action or the Settlement; (v) taxes; (vi) all interest; (vii) any statutory trebling; and (viii) all other monetary relief.  Under no circumstances shall Wabtec Defendants be required to pay more than the Settlement Payment; i.e., the Settlement Payment is the maximum amount that Wabtec Defendants shall be required to pay with respect to any claims, liability, or issues arising out of or related to the Action and/or the Settlement. The Settlement Payment shall be wire transferred by Wabtec Defendants or its designee to Citibank, N.A. within ten (10) business days of entry of an order by the Court granting Preliminary Approval of the Settlement.

41.     The Parties expressly agree that under no circumstances shall Wabtec Defendants be responsible for paying any monies, benefits, costs, administrative costs, expenses, or attorneys' fees in settlement of this Action other than as expressly provided for by this

Agreement, nor will Wabtec Defendants be required to take any action or incur any liability

except as expressly provided by this Agreement.

42.     Each Settlement Class Member shall look solely to the Settlement Fund for

settlement and satisfaction, as provided herein, of all claims released by the Releasors pursuant

to this Agreement.  Following payment, no Wabtec Defendant shall have any liabilities,

obligations, or responsibilities with respect to the payment, disbursement, disposition, or

distribution of the Settlement Fund.

43.     The Escrow Agent shall place the Settlement Fund in an escrow account (the

"Account") created by order of the Court intended to constitute a "qualified settlement fund"

("QSF") within the meaning of Section 1.468B-1 of the Treasury Regulations ("Treasury

Regulations") promulgated under the U.S. Internal Revenue Code of 1986, as amended (the

"Code").  The Settlement Fund will be invested in instruments secured by the full faith and credit

of the United States or an interest-bearing deposit obligation of Citibank, N.A. insured by the

Federal Deposit Insurance Corporation ("FDIC") to the applicable limits and any interest earned

(or negative interest) thereon shall become part of (or paid from) the Settlement Fund.  Wabtec

Defendants shall be the "transferor" to the QSF within the meaning of Section 1.468B-1(d)(1) of

the Treasury Regulations with respect to the Settlement Fund or any other amount transferred to

the QSF pursuant to this Settlement Agreement.  The Notice Administrator shall be the

"administrator" of the QSF within the meaning of Section 1.468B-2(k)(3) of the Treasury

Regulations, responsible for causing the filing of all tax returns required to be filed by or with

respect to the QSF, paying from the QSF any taxes owed by or with respect to the QSF, and

complying with any applicable information reporting or tax withholding requirements imposed

by Section 1.468B-2(*l*)(2) of the Treasury Regulations or any other applicable law on or with

respect to the QSF.  The Notice Administrator shall promptly take all steps necessary so that the Settlement Fund qualifies as a QSF within the meaning of Section 1.468B-1 of the Treasury Regulations.  Wabtec Defendants and the Notice Administrator shall reasonably cooperate in providing any statements or making any elections or filings necessary or required by applicable law for satisfying the requirements for qualification as a QSF, including any relation-back election within the meaning of Section 1.468B-1(j) of the Treasury Regulations.  The Notice Administrator shall promptly provide an IRS Form W-9 of the QSF to Wabtec Defendants and in any event shall do so prior to any payment or deposit of the Settlement Payment pursuant to this Agreement.

45. Wabtec Defendants and Wabtec's Counsel shall have no liability, obligation, or responsibility with respect to the investment, disbursement, disposition, taxes (including tax payments, withholding or reporting), distribution or other administration or oversight of the Settlement Fund or QSF and shall have no liability, obligation, or responsibility with respect to any liability, obligation, or responsibility of the Escrow Agent or Notice Administrator, including, but not limited to, liabilities, obligations, or responsibilities arising in connection with the investment, disbursement, or other administration of the Settlement Fund and QSF.

**G.** **Allocation of Settlement Fund**

45. The allocation of the Settlement Fund among the Settlement Class shall be subject to a Plan of Allocation to be proposed by Plaintiffs' Counsel and approved by the Court.  Wabtec Defendants will take no position with respect to such proposed plan of allocation or such plan as may be approved by the Court.  Wabtec Defendants also will have no involvement in the claims process.

46. Wabtec Defendants shall not have any responsibility, financial obligation, or liability whatsoever with respect to the investment, distribution, use or administration of the

1929935.2    15

Escrow Account, including, but not limited to, the costs and expenses of such investment, distribution, use, or administration.

**H.**   **Plaintiffs' Counsel's Fees and Expenses and Class Representative Service Awards**

47.    Plaintiffs' Counsel's attorneys' fees and expenses, as awarded by the Court, shall be paid solely from the Escrow Account, immediately upon the entry of the order by the Court awarding such amounts ("Fee and Expense Award"), notwithstanding the existence of any timely filed objections thereto, or potential for appeal therefrom, or collateral attack on the Settlement or any part thereof, subject to Plaintiffs' Counsel's joint and several obligation to repay amounts paid to them from the Escrow Account, plus accrued interest at the same net rate as is earned by the Escrow Account, and subject to an appropriate undertaking, if and when, as a result of any appeal and further proceedings on remand, or successful collateral attack, the Fee and Expense Award is reduced or reversed, or return of the Escrow Account is required.  For the avoidance of doubt, this Fee and Expense Award shall come solely from the Settlement Fund, and shall not be an additional amount.

48.    If there is any payment of attorneys' fees or reimbursement of expenses advanced by Plaintiffs' Counsel prior to the Effective Date, any attorneys, individuals, or firms receiving payment shall provide letters of credit from nationally chartered banks payable to Wabtec Defendants sufficient to secure any repayment obligations of those attorneys, individuals, or firms.  In the event the Fee and Expense Award is reduced or reversed or return of the Escrow Account is otherwise required, Plaintiffs' Counsel shall, within ten (10) business days from the event which requires repayment of the Fee and Expense Award, refund to the Escrow Account the Fee and Expense Award paid to them, plus accrued interest at the same net rate as is earned by the Escrow Account.

49.     Wabtec Defendants will take no position on Plaintiffs' Counsel's request for attorneys' fees and expenses, the appropriateness of any such award by the Court, or the timing of payment to Plaintiffs' Counsel.  Plaintiffs' Counsel may, at a time approved by the Court, seek an award of attorneys' fees and reasonable litigation expenses to be paid out of the Escrow Account after the final approval of the Agreement.  Wabtec Defendants will not take a position on such application nor participate in the fee application and review process, and Wabtec Defendants shall have no further obligations to make any payments for such fees, expenses, or any interest to the extent any interest is awarded, which shall be paid for solely out of the Settlement Fund.

50.     At the Fairness Hearing, Class Counsel shall seek Court approval for service awards to Named Plaintiffs to compensate them for their contributions to this Action.  The proposed service awards shall be in addition to any monetary award to Named Plaintiffs under the Plan of Allocation, and is subject to Court approval.  Such service awards shall be paid by the Notice Administrator solely out of the Settlement Fund upon Court approval.  For the avoidance of doubt, this payment shall come from the Settlement Fund, and shall not be an additional amount, and Wabtec Defendants shall have no further obligations to make any service payments.

51.     Wabtec Defendants agree to take no position on such service awards to Named Plaintiffs.

52.     Any service payment to Named Plaintiffs shall not be considered compensation under the terms of any benefits plan or for any purpose except to the extent required for tax purposes.  The receipt of a service payment shall not affect the amount of any contribution to or level of benefits under any benefit plan.

## I. Rescission

53. If the Court does not grant final approval to this Agreement or certify the Settlement Class or if such approval or certification is modified or set aside on appeal, or if the Court does not enter the final judgment provided for in Paragraph 28 of this Agreement, or if the Court enters the final judgment and appellate review is sought, and on such review, such final judgment is not affirmed, then Wabtec Defendants and Plaintiffs shall each, in their sole discretion, have the option to rescind this Agreement in its entirety within ten (10) business days of the action giving rise to such option. If this Agreement is rescinded, within ten (10) business days of the later of the written notice of rescission to Plaintiffs' Counsel and the Escrow Agent and Wabtec Defendants' written instructions to the Escrow Agent, the $36,950,000 Settlement Fund and any accrued interest, less only the cost of notice and settlement administration authorized by and actually and reasonably incurred pursuant to this Agreement and Court Order, shall be wire transferred to Wabtec Defendants, pursuant to its instructions.

54. Settlement Class members shall be provided with an opportunity to exclude themselves from the Settlement. In the event that the Total Compensation of Settlement Class Members that timely and validly exclude themselves from the Settlement exceeds ▮▮▮▮ of the Total Compensation of all of the Settlement Class Members, or exceeds ▮▮▮▮ of the headcount of the Settlement Class Members (the "Threshold"), then Wabtec Defendants, in its sole discretion, shall have the unilateral, unconditional option to withdraw from the Settlement Agreement and render the Settlement Agreement null and void and of no force and effect as between Wabtec Defendants and Named Plaintiffs, and Paragraph 53 of the Settlement Agreement shall apply as to Wabtec Defendants.

55. For purposes of assessing and estimating the Threshold, the Notice Administrator shall, at least twenty-eight (28) days before the Fairness Hearing, provide the Settling Parties (a)

with a calculation of (i) Total Compensation of all Class Members, and (ii) Total Compensation of the Class Members that timely and validly opted out of the Settlement; and (b) back-up data sufficient for a Settling Party to independently verify the accuracy of the foregoing calculations. It is the Settling Parties' intention to use the best reasonably available information in making these calculations, but not to let the imprecision or incompleteness of such data stand in the way of making such calculations.  The burden of proof, or disproof, is shared equally between the Settling Parties such that the Settling Parties equally bear the consequences of any imperfections or incompleteness of the available data.

56.     If Wabtec Defendants seek to terminate the Settlement Agreement on the basis that the Threshold has been met, the Settling Parties agree that any dispute as to whether the Threshold has been met will be resolved by the Special Master appointed by the Court.  Any decision of the Special Master may be appealed to the Court for review in accordance with the terms of the Special Master appointment in the Action.

57.     To exercise its option to terminate the Settlement Agreement, Wabtec Defendants' Counsel must provide Class Counsel with written notice no later than twenty-one (21) days prior to the Fairness Hearing.  The Parties will use their best efforts to complete the dispute resolution process pursuant to Paragraph 56 above at least seven (7) days before the Fairness Hearing.

58.     If this Agreement does not become final or effective as provided for in Paragraphs 28 and 30, Plaintiffs' Counsel and Wabtec Defendants agree that this Agreement, including its exhibits, and any and all negotiations, documents, information, and discussions associated with it, shall be null and void and of no force and effect and shall be without prejudice to the rights of Wabtec Defendants or Plaintiffs, shall not be deemed or construed to be an admission or denial,

or evidence or lack of evidence of any violation of any statute or law or of any liability or

wrongdoing, or of the truth or falsity of any of the claims or allegations made in this Action in

any pleading, or the value of any of the claims or allegations made in this Action, and shall not

be used directly or indirectly, in any way, whether in this Action or in any other proceeding.  If

the Agreement does not become final, the Parties specifically agree that Wabtec Defendants'

stipulation to a Settlement Class shall not be used or relied upon by Plaintiffs in support of

certification of a litigation class.

### J.     Dispute Resolution

59.     Any dispute arising out of the finalization of the settlement documentation or

cooperation on this Settlement Agreement will be resolved by the Special Master appointed by

the Court.  Any decision of the Special Master may be appealed to the Court for review in

accordance with the terms of the Special Master appointment in the Action.

### K.     Tax Allocation

60.     Without admitting liability, the Settling Parties agree that one-third of the

payments to Settlement Class Members is allocable to wages and two-thirds of such payments is

allocable to statutory multiplier damages.  The Settling Parties agree that no portion of the

Settlement Fund is attributable to government penalties or fines.  Plaintiffs' Counsel, Named

Plaintiffs, and the Settlement Class represent and agree that they have not received and/or relied

upon any advice and/or representations from Wabtec Defendants and/or Wabtec's Counsel as to

taxes, including as to the allocation of payments for tax purposes, the necessity for withholding,

and/or the taxability of the consideration paid pursuant to this Agreement, whether pursuant to

federal, state, or local income tax statutes or otherwise.  Plaintiffs' Counsel represents that

neither Named Plaintiffs nor Plaintiffs' Counsel has provided any advice as to the taxability of

payments received pursuant to this Agreement.

1929935.2                                        20

**L.    Taxes**

61.    Plaintiffs' Counsel shall be solely responsible for directing the Notice Administrator to file all informational and other tax returns necessary to report any taxable and/or net taxable income earned by the Settlement Fund.  Further, Plaintiffs' Counsel shall be solely responsible for directing the Escrow Agent to make any tax payments, including interest and penalties due, on income earned by the Settlement Fund ("Tax Expenses").  Plaintiffs' Counsel shall be entitled to direct the Escrow Agent in writing to pay customary and reasonable Tax Expenses, including reasonable professional fees and expenses incurred in connection with carrying out their responsibilities as set forth in this Paragraph, from the applicable Settlement Fund by notifying the Escrow Agent in writing.  Wabtec Defendants shall have no responsibility to make any tax filings or tax payments relating to this Agreement or the Settlement Fund.

62.    For the purpose of Section 468B of the Internal Revenue Code of 1986, as amended, and the regulations promulgated thereunder, the "Administrator" of the Settlement Amount shall be the Notice Administrator, who shall timely and properly file or cause to be filed on a timely basis, all tax returns necessary or advisable with respect to the Settlement Fund (including without limitation all income tax returns, all informational returns, and all returns described in Treasury Regulation Section 1.468B-2).

63.    The Parties to this Agreement and their Counsel shall treat, and shall cause the Notice Administrator to treat, the Settlement Fund as being at all times a "qualified settlement fund" within the meaning of Treasury Regulation Section 1.468B-1.  In addition, the Notice Administrator and, as required, the parties, shall timely make such elections as necessary or advisable to carry out the provisions of this Paragraph, including the "relation-back election" (as defined in Treasury Regulation Section 1.468B-1(j)) back to the earliest permitted date.  Such elections shall be made in compliance with the procedures and requirements contained in such

regulations.  It shall be the responsibility of the Notice Administrator to timely and properly

prepare and deliver the necessary documentation for signature by all necessary parties and

thereafter to cause the appropriate filing to occur.  All provisions of this Agreement shall be

interpreted in a manner that is consistent with the Settlement Fund being a "qualified settlement

fund" within the meaning of Treasury Regulation Section 1.468B-1.

64.     Payments to Named Plaintiffs and other Class Members from the Account will be

subject to applicable tax withholding and reporting requirements pursuant to the allocation set

out in Paragraph 60 of this Agreement, and shall be made net of all applicable employment taxes,

including without limitation federal, state, and local income tax withholding and applicable

FICA and Medicare taxes.  The Settlement Fund shall constitute a special award to the Class and

to any Class Members receiving a payment and no portion shall be considered as a payment of

overtime, salary, wages, and/or compensation under the terms of any company benefits plan or

for any purpose except for tax purposes as stated herein.

65.     The Notice Administrator, as administrator of the QSF, shall report that portion of

the Settlement Fund payable as wages by the QSF to each eligible Class Member and to the

United States Internal Revenue Service ("IRS") and to other appropriate taxing authorities (each

of the IRS and any such other taxing authority, a "Taxing Authority," and collectively, "Taxing

Authorities") on an IRS Form W-2, or any other applicable form.  Such amounts shall be subject

to applicable employment taxes and withholding taxes, including without limitation FICA,

FUTA, Medicare, and any state and local taxes, including without limitation SUTA, as

determined by the Notice Administrator as administrator of the QSF making such payments.

66.     The Notice Administrator shall pay from the QSF the employee's and employer's

shares of all applicable U.S. federal, state, and local taxes, including without limitation the

employer's share of FICA, FUTA, Medicare, and any state and local taxes, including without limitation SUTA, required to be paid by an employee or employer on amounts treated as wages (all such U.S. federal, state, and local taxes, collectively the "Payroll Taxes"). Named Plaintiffs, Class Counsel, Class Members, and the Notice Administrator shall not seek payment from Wabtec Defendants for any such Payroll Taxes or any other taxes arising out of the Settlement Fund.

67.     As to the portion of the Settlement Fund payable by the QSF to each eligible Class Member that is treated as other than wages, the Notice Administrator, as administrator of the QSF, shall report that portion to the Class Member, and all applicable Taxing Authorities, to the extent required by law, under the Class Member's name and U.S. federal taxpayer identification number on IRS Forms 1099, 1042-S, or other applicable forms, and such payments shall be made without deduction for taxes and withholdings, except as required by law, as determined by the Notice Administrator, as administrator of the QSF making such payments.

68.     As to the portion of the Settlement Fund payable to any recipient of a class representative service award payment, the Notice Administrator, as the administrator of the QSF, shall report that portion to such recipient, and all applicable Taxing Authorities, to the extent required by law, under such recipient's name and U.S. federal taxpayer identification number on IRS Forms 1099, 1042-S, or other applicable forms, and such payments shall be made without deduction for taxes and withholdings, except as required by law, as determined by the Notice Administrator, as administrator of the QSF making such payments.

69.     As to the portion of the Settlement Fund payable to Class Counsel for all fees and costs of Class Counsel, as ordered by the Court, the Notice Administrator, as the administrator of the QSF, shall report that portion to Class Counsel, and all applicable Taxing Authorities, to the

extent required by law, under Class Counsel's name and U.S. federal taxpayer identification number on IRS Forms 1099, 1042-S, or other applicable forms, and such payments shall be made without deduction for taxes and withholdings, except as required by law, as determined by the Notice Administrator, as administrator of the QSF making such payments.

70.     The Notice Administrator shall be responsible to satisfy from the Settlement Fund any and all federal, state, and local employment and withholding taxes, including without limitation federal, state and local income tax withholding, and any U.S. federal taxes, including without limitation FICA, FUTA, and Medicare and any state and local employment taxes, including without limitation SUTA.  The Notice Administrator shall promptly provide to Wabtec Defendants the information and documentation (including copies of applicable IRS and state forms) reasonably requested by Wabtec Defendants with respect to the payment or remittance of such employment and withholding taxes.  The Notice Administrator shall satisfy all federal, state, local, and other reporting requirements (including without limitation any applicable reporting with respect to attorneys' fees and other costs subject to reporting), and any and all taxes, together with interest and penalties imposed thereon, and other obligations with respect to the payments or distributions from the Settlement Fund not otherwise addressed herein.

71.     The Notice Administrator shall be responsible for procuring any required tax forms from Class Members prior to making any such payments or distributions.

72.     For avoidance of doubt, Wabtec Defendants, Wabtec's Counsel, Named Plaintiffs, and Class Counsel shall have no liability, obligation or responsibility whatsoever for tax obligations arising from payments to any Class Member, or based on the activities and income of the QSF.  In addition, Wabtec Defendants and Wabtec's Counsel shall have no liability, obligation, or responsibility for any taxes or reporting requirements with respect to this

Settlement or the Settlement Fund, including without limitation taxes arising out of payments made to Settlement Class Members or Class Counsel or on their behalf (including without limitation the employee's and employer's shares of all applicable U.S. federal, state, and local taxes, including without limitation FICA, FUTA, Medicare, and any state and local taxes, including without limitation SUTA, and any withholding taxes) or on any interest earned on the Settlement Fund.  The QSF shall be solely responsible for its tax obligations.  Each Class Member shall be solely responsible for his or her tax obligations.  Class Counsel shall be solely responsible for their own tax obligations.

73.     Named Plaintiffs, individually and on behalf of the Class, and Class Counsel and each of them represent and agree that they have not received and/or relied upon any advice and/or representations from Wabtec Defendants or Wabtec's Counsel as to taxes, including the taxability of the payments received pursuant to this Agreement.  Class Counsel represent that neither Named Plaintiffs nor Class Counsel provided any advice as to the taxability of payments received pursuant to this Agreement.

**M.     Miscellaneous**

74.     Nothing in this Settlement Agreement shall be construed as an admission in any action or proceeding, of any kind whatsoever, civil, criminal, or otherwise, before any court, administrative agency, regulatory body, or any other body or authority, present or future, by Wabtec Defendants, any Released Party, Plaintiffs, or any of them, including without limitation that Wabtec Defendants or any Released Party has engaged in any conduct or practices that violate any state or federal antitrust statute or other law.

75.     The United States District Court for the Western District of Pennsylvania shall retain jurisdiction over the implementation, enforcement, and performance of this Agreement, and shall have exclusive jurisdiction over any suit, action, proceeding, or dispute arising out of or

relating to this Agreement or the applicability of this Agreement, subject to the dispute resolution provisions set forth above in Paragraphs 56 and 59.  This Agreement shall be governed by and interpreted according to the substantive laws of Pennsylvania without regard to its choice of law or conflict of laws principles.  Wabtec Defendants submit to the jurisdiction of the Western District of Pennsylvania only for the purposes of adjudicating the implementation, enforcement, and performance of this Agreement.

76.     This Agreement constitutes the entire agreement among Plaintiffs (and the other Releasors) and Wabtec Defendants (and the other Released Parties) pertaining to the settlement of the Action against Wabtec Defendants (and the other Released Parties) only, and supersedes any and all prior and contemporaneous undertakings of Plaintiffs and Wabtec Defendants in connection therewith, including the Memorandum of Understanding executed on January 21, 2020.  In entering into this Agreement, Plaintiffs and Wabtec Defendants have not relied upon any representation or promise made by Plaintiffs or Wabtec Defendants not contained in this Agreement.  This Agreement may be modified or amended only by a writing executed by Plaintiffs and Wabtec Defendants and approved by the Court.

77.     This Agreement shall be binding upon, and inure to the benefit of, the successors and assigns of Releasors and Released Parties.  Without limiting the generality of the foregoing: (a) each and every covenant and agreement made herein by Plaintiffs or Plaintiffs' Counsel shall be binding upon all Settlement Class Members and Releasors; and (b) each and every covenant and agreement made herein by Released Parties shall be binding upon all Released Parties.

78.     This Agreement may be executed in counterparts by Plaintiffs' Counsel and Wabtec's Counsel, and an electronically-scanned (in either .pdf or .tiff format) signature will be considered an original signature for purposes of execution of this Agreement.

79.     To the extent that any timeframe set out in this Settlement Agreement is ambiguous, said ambiguity shall be resolved by applying the convention contained in Rule 6 of the Federal Rules of Civil Procedure.

80.     The headings in this Agreement are included for convenience only and shall not be deemed to constitute part of this Agreement or to affect its construction.  In the event this Agreement is not approved, or in the event that the Order and final judgment approving the settlement is entered but is reversed, modified, or vacated, the pre-settlement status of this Action (including without limitation any applicable tolling of any statute of limitations) shall be restored, and the Agreement shall have no effect on the rights of Plaintiffs or Wabtec Defendants to prosecute or defend the pending Action in any respect, including without limitation the right to litigate fully the issues related to class certification, raise personal jurisdictional defenses, or any other defenses, which rights are specifically and expressly retained by Wabtec Defendants.

81.     Neither Wabtec Defendants nor Plaintiffs, nor any of them, shall be considered to be the drafter of this Agreement or any of its provisions for the purpose of any statute, case law, or rule of interpretation or construction that would or might cause any provision to be construed against the drafter of this Agreement.

82.     Nothing expressed or implied in this Agreement is intended to or shall be construed to confer upon or give any person or entity other than Class Members, Releasors, Wabtec Defendants, and Released Parties any right or remedy under or by reason of this Agreement.

83.     Unless the Court orders otherwise, objections to the Settlement, if any, must be submitted in writing, and must include a detailed description of the basis of the objection. Objections must be provided to both Plaintiffs' Counsel and Wabtec's Counsel.

84.     All documents and other information (including deposition testimony and discovery responses) produced by the Parties in discovery shall in the future be treated as Confidential consistent with the terms of the Protective Order, without regard to any time limitations in the Protective Order.  This Confidential treatment does not apply to the following: (a) any documents filed in the Action that were publicly available as of January 21, 2020; or (b) any documents that are otherwise publicly available.  If deposition testimony is publicly available in written form (i.e., transcript excerpts), the corresponding video testimony shall also not be treated as Confidential.  At no point will Wabtec Defendants be asked to reveal any privileged information.  In the event of an inadvertent disclosure of privileged information, such information shall be immediately returned to Wabtec Defendants and/or destroyed under the process provided by the Protective Order.

85.     The terms of this Agreement shall remain confidential until Plaintiffs file their motion for Preliminary Approval.  Prior to the filing of the motion for Preliminary Approval, the Settling Parties are authorized to state publicly that the parties have reached an agreement in principle, which will be subject to approval of the Court, and that they cannot comment further. The parties will work together in good faith to coordinate the simultaneous public disclosure of this Settlement.  Before such time, no party shall disclose the terms of this Agreement, including the amount of the Settlement Payment, without the prior written consent of the other parties, except as required by law.  Wabtec Defendants, however, may disclose the terms of the Settlement internally to Wabtec Defendants' directors and senior management or as otherwise reasonably appropriate for auditing, finance, accounting, legal or similar purposes.

86.     Where this Agreement requires any party to provide notice or any other communication or document to any other party, such notice, communication, or document shall be provided by electronic mail or overnight delivery to:

<u>For the Settlement Class</u>:

Dean M. Harvey
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Dharvey@lchb.com

Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, Suite 2300
Philadelphia, PA  19107
Rliebenberg@finekaplan.com

<u>For the Wabtec Defendants</u>:

David C. Kiernan
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
(415) 875-5745

87.     Each of the undersigned signatories represents that he or she is fully authorized to enter into the terms and conditions of, and to execute, this Agreement, subject to Court approval.

**ACCEPTED AND AGREED:**

Dated:  February 22, 2020

Dean M. Harvey
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Tel:  (415) 956-1000
Fax: (415) 956-1008

Dated:  2/24, 2020

Roberta D. Liebenberg
Fine, Kaplan and Black, R.P.C.
One South Broad Street, Suite 2300
Philadelphia, PA  19107
Tel:  (215) 567-6565
Fax: (215) 568-5872

*Interim Co-Lead Class Counsel on behalf of the proposed
Settlement Class and Named Plaintiffs Stephen Baldassano, John
Brand, David Escalera, Brian Lara, and Patricia Lonergan*

Dated:  _____, 2020

Defendant Westinghouse Air Brake Technologies Corporation
By:  _____
Its:  _____

Dated:  _____, 2020

Defendant Wabtec Railway Electronics, Inc.
By:  _____
Its:  _____

**ACCEPTED AND AGREED:**

Dated:  February 22, 2020    _____

Dean M. Harvey
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Tel:  (415) 956-1000
Fax: (415) 956-1008


Dated: _____, 2020    _____

Roberta D. Liebenberg
Fine, Kaplan and Black, R.P.C.
One South Broad Street, Suite 2300
Philadelphia, PA  19107
Tel:  (215) 567-6565
Fax: (215) 568-5872


*Interim Co-Lead Class Counsel on behalf of the proposed
Settlement Class and Named Plaintiffs Stephen Baldassano, John
Brand, David Escalera, Brian Lara, and Patricia Lonergan*


Dated: February 24, 2020    _____

Defendant Westinghouse Air Brake Technologies Corporation
By: Albert J. Neupaver
Its: Executive Chairman


Dated: February 24, 2020    _____

Defendant Wabtec Railway Electronics, Inc.
By: Patrick D. Dugan
Its: Vice President Finance

Dated: _February 24_, 2020

_____
Defendant Railroad Controls, L.P.
By: _John A. Mastalerz_
Its: _Vice President & Treasurer_

Dated: _February 24_, 2020

_____
Defendant Xorail Inc.
By: _Patrick D. Dugan_
Its: _Vice President Finance_

Dated: _February 24_, 2020

_____
Defendant Faiveley Transport, S.A.
By: _Albert J. Neupaver_
Its: _Chairman of the Supervisory Board_

Dated: _February 24_ 2020

_____
Defendant Faiveley Transport North America Inc.
By: _Patrick D. Dugan_
Its: _Vice President Finance_

# APPENDIX A

# Wabtec Railroad Employees Class Titles List

1 - Assembly
1 - Clean
1 - Inspection
1 - Line Leader
1 - Seal/Test
1 - Specialty Welder/Subarc
1 - Subarc/Lathe
1 - Subarc/Teardown
1 - Supervisor
1 - Teardown
1 - Technical Advisor
1 - Welder
2 - Buff & Clean
2 - Clean
2 - Supervisor
2 - Teardown
2nd Shift - Subarc/Lathe
ASCTD Manager
ASCTD Technician
ASCTD/G & B Install Technician
Account Receivables Manager
Accountant
Accountant, Cost
Accounting Analyst
Accounting Clerk
Accounting Manager
Accounting Payable
Accounting Specialist
Accounting Specialist/Hourly
Accounts Payable
Accounts Payable Clerk
Accounts Payable Specialist
Accounts Payable, Receivable
Accounts Receivable
Accounts Receivable Clerk
Accounts Receivable Coordinator
Accounts Receivable Specialist
Accounts Receivables Manager
Administrative Manager, RS
Administrator, PTC Field Service
After Market Sales Representative
Aftermarket Bid Estimator
Aftermarket Sales Representative
Air Compressor Technician
Air Compressor Technician Line Leader
Air Dryer TBCA

**Wabtec Railroad Employees Class Titles List**

Airbrake - BC
Airbrake Foreman
Airbrake/Airdryer - Teardown
Airdryer - TD
Altoona, PA - FST
Analyst
Analyst, Servicenow
Application Developer II
Application Engineer
Application Engineer - SFRTA
Application Engineering - Group Lead
Application Engineering Technician
Area Coordinator
Assembly
Assembly & Test Operator
Assembly - Material Handler Kitter
Assembly I
Assembly II
Assembly III
Assembly Lead
Assembly Specialist
Assembly Technician
Assembly Technician I
Assembly Technician II
Assembly Technician Lead
Assembly/Clean/TD/Test
Assembly/TD/Clean/Initial Inspection
Assembly/Tester
Assistant Controller
Assistant Corporate Controller
Assistant Manager, Sourcing
Assistant Program Manager
Assistant Project Manager
Assistant Signalman
Assistant Team Lead
Assistant Treasurer & Director, Finance
Assistant Treasurer & Director, Tax
Assistant Vice President, Construction
Assistant Vice President, Engineering
Assistant Vice President, IT & App Development
Assistant Vice President, Information Service
Assistant Vice President, Validation
Assistant Wireman
Associate Program Manager
Audit Manager
Audit Manager - Projects
Bid Engineer

**Wabtec Railroad Employees Class Titles List**

Bids & Estimation Manager
Bms Engineer
Bore Operator
Boring Foreman
Boring Operator
Broing Operator
Budget Analyst
Budget Analyst Part Time
Buff
Buff Or Piston
Building Service Worker
Business Analyst
Business Analyst II
Business Analyst III
Business Intelligence Developer
Buyer
Buyer/Expeditor
CAD Designer III
CAD Engineer
CAD Support Specialist
CAD Technician
CAD Technician I
CAD Technician I - As In Service
CAD Technician II
CAD Technician II - As In Service
CAD Technician III
CAD/Draftsperson
CDL Truck Driver
CNC Machine Operator
CNC Machine Operator I
CNC Machine Operator II
CNC Machine Operator III
CNC Machine Operator/Assembly
CNC Machine Operator/Programer
CNC Machine Programmer
CNC Machinist
CNC Machnist Operator I
CNC Operator
CNC Operator Programmer
CS Account Manager
CS Inside Sales Rep I
Cable Locator
Cable Locator Foreman
Calibration Technician
Cash Application Manager
Cash Application Specialist
Category Manager

**Wabtec Railroad Employees Class Titles List**

Cell Leader
Cell Operator
Certified Crane Operator
Chemist
Clean
Client Support Specialist
Client Support Specialist I
Client Support Specialist II
Client Support Specialist III
Commodity Buyer
Commodity Purchasing Manager
Communications Engineer
Composite Technician
Compressor Design Engineer
Compressor Line
Compressor Line Lead
Compressor Mechanic
Compressor Teardown
Compressor Teardown & Sub Assembly
Compressor Teardown Line Leader
Compressor Technician
Compressor Technician Line Leader
Compressor Technician Trainer
Compressor Technician, Head Assembly
Compressor Technician, Teardown
Compressor Technician/Special Projects
Compressor/Assembly
Computer Systems Analyst
Contract Administrator
Contracts Manager
Controller
Controller & Manager, Material
Controller, Wabtec Global Service
Coordinator, Accounting
Coordinator, Data Documentation
Coordinator, Facility
Coordinator, Maintenance
Coordinator, Material
Coordinator, Operations & Planning
Coordinator, PTC
Coordinator, Process Engineering
Coordinator, Production
Coordinator, Purchasing
Coordinator, QA & QPS
Coordinator, QPS
Coordinator, QPS  & Quality
Coordinator, Quality

**Wabtec Railroad Employees Class Titles List**

Coordinator, Remanufacturing
Coordinator, Safety
Coordinator, Sales & Marketing
Coordinator, Ship
Coordinator, Ship, Receive
Coordinator, Ship, Receive & Traffic
Coordinator, Warranty Returns
Corporate EHS Compliance Manager
Corporate EHS Training Manager
Cost Accountant
Cost Accounting Manager
Cost Estimator
Coupler Production & Overhaul Lead
Crane Operator
Crewman
Crewman (Lead Man)
Customer Sales & Service Representative
Customer Service Account Manager
Customer Service Administrator
Customer Service Representative
Cycle Counter III
Data Entry Clerk
Database Engineer
Demand Management Analyst
Deputy Project Manager
Deputy Supply Chain Director
Design Drafter
Design Engineer
Design Engineer, Couplers
Designer
Director
Director - Construction
Director Contracts Administration
Director Finance, Freight Service
Director Of Contracts
Director Of Fleet
Director Of In Service Testing
Director Of NPR & I Sourcing
Director Of Sourcing
Director Of Sourcing Electronics Group
Director Quality - Freight
Director Quality – Elastomers, Heat Exchangers & Turbochargers
Director Quality – Freight Service & Mexico
Director, Aftermarket Operations
Director, Application Service
Director, Business Development
Director, Business Systems

**Wabtec Railroad Employees Class Titles List**

Director, Construction
Director, Continuous Improvement
Director, Corporate Development
Director, Customer Support
Director, Electronics & PTC Aftermarket
Director, Engineering
Director, Engineering Process & Quality
Director, Engineering Quality
Director, Freight Wep/Lean
Director, Global Logistics
Director, Global Supply Chain
Director, In Service Testing
Director, Information Service
Director, Infrastructure & Operations
Director, International Business Development & Operations
Director, Locomotive OEM Sales
Director, Locomotive Service
Director, Marketing
Director, Marketing & Customer Service
Director, Material
Director, Material Management
Director, OE Sales
Director, Operations
Director, Operations & Support
Director, Product Evaluation
Director, Program Management
Director, Project Development
Director, Project Engineering
Director, Project Management
Director, Purchasing
Director, Purchasing & Supply Chain
Director, Quality
Director, Quality Control
Director, Quality, Training & Safety
Director, Safety
Director, Sales
Director, Sales & Marketing
Director, Sales & Marketing For Engine Cooling
Director, Software Development
Director, Software Engineering
Director, Spares & Trading Business Unit
Director, Supply Chain & Customer Service
Director, Supply Chain Logistics
Director, System Engineering
Director, Systems Engineering
Director, Systems Testing
Director, Tax

**Wabtec Railroad Employees Class Titles List**

Director, Train Control & Communications
Director, Transit Marketing
Director, WGS Service Centers
Document Control/Planning Clerk
Drafter
Drafter II
Dynamometer Technician
EHS Coordinator
EHS Technician
EHS/QPS  Coordinator
EOCC - LAithe
EOCC - Shift 1
EOCC - Shift 2
EOCC Production Manager
EOCC Welder - Shift 1
EOT Technician
EPIC/FB Lead Technician
Electrical & Software Engineering - Group Lead
Electrical Designer
Electrical Engineer
Electronic Assembly I
Electronic Assembly II
Electronics Engineer
Electronics Hardware Engineer
Electronics Supervisor
Electronics Technician
Electronics Technician I
Electronics Technician/Passenger Transit
Electronics Technician/TD - BC - Assembly - Test
Embedded Software Engineer
Employee
Engineer
Engineer - Hourly
Engineer, Rams
Engineering Aide
Engineering Analyst
Engineering Assistant
Engineering Assistant I
Engineering Assistant II
Engineering Assistant III
Engineering Change Support
Engineering Clerk
Engineering Designer
Engineering Project Admin I
Engineering Project Manager
Engineering Service Technician
Engineering Specialist

## Wabtec Railroad Employees Class Titles List

Engineering Support Associate
Engineering Support Coordinator
Engineering Support Specialist
Engineering Technician
Enterprise Architect
Estimator
Expediter
Expeditor
Fabricator
Facilities Manager/ME/Quality
Facilities Technician
Fellow Engineer
Field Sales Representative
Field Service - Salary
Field Service Engineer
Field Service Representative
Field Service Supervisor
Field Service Technician
Field Service Technician - Amtrak - Chicago
Field Service Technician - Amtrak - LA
Field Service Technician - Denver Eagle
Field Service Technician - MARC
Field Service Technician - Metrolink
Field Signal Electronics Engineer I
Field Signal Test Engineer
Field Signal Test Engineer III
Field Technician
Field Test Engineer
Field Test Technician
Finance Director, Global Treasury
Finance Director, Tax
Financial Analyst
Floater, Ship, Rec.
Foreman
Foreman (Craftworker)
Foreman (Laborer)
Foreman, Composite Technicians
Foreman, Construction
Foundation Brake Lead
Freight & Locomotive Teardown
Freight Assembly
Freight CNC Machine Operator
Freight CNC Machine Operator/Teardown
Freight Line Manager
Freight Teardown
Freight Teardown & Assembly
Freight Teardown Line Leader

**Wabtec Railroad Employees Class Titles List**

Freight Teardown, Assembly & Test
Freight Test Rack Operator
Freight Test Rack Operator Line Leader
Freight Test Rack Operator/Quality Assurance
GW
GW/TBAT
GW/TBC
GW/TD - BC - Assembly
GW/TD - BC - Assembly - Test
GW/TD - Buff & Clean
General Accountant
General Supervisor
Global Category Manager
Global Commodity Leader
Global Commodity Leader – Indirect Sourcing
Global Project Manager
Global Treasury Analyst
Group Controller
Group Controller - Electronics Group
Group Controller - Frieght Group
Group Controller - Shared Service
Group Leader
Group Leader, Operative
Group Leader, QPS
HSE Supervisor
HVAC Lead Technician
HVAC Mechanical Engineer III
HVAC Technician
HVAC Technician III
HW/SW Lead Engineer
Head Assembly
Head TD/Clean Head Assy
Heat Exchanger Shop Foreman
Hoses
Hydraulic Manufacturing Director
Hydraulics Design Engineer
Hydraulics Lead Engineer
Hydraulics Lead Technician
Incoming Inspector
Industrial Customer Service Manager
Industrial Engineer
IngéNieur SystèMe
Inside Sales Account Manager
Inspector
Inspector (Technicians)
Inspector A
Inspector B

**Wabtec Railroad Employees Class Titles List**

Integration Test Manager
Internal Auditor
Inventory & Warehouse Clerk
Inventory Control Analyst
Inventory Control Clerk
Inventory Control Specialist
Inventory Coordinator
Inventory Cost Manager
Inventory Specialist
Inventory Technician
Junior Designer I
LSTR Project Technician
Laboratory Specialist A
Laboratory Technician
Lathe
Lathe/Test
Lead AGTU Engineer
Lead Assembly
Lead Assembly Technician
Lead Buyer
Lead Composite Technician
Lead Construction Inspector
Lead Controls Engineer
Lead Crewman
Lead Data Analyst
Lead Engineer
Lead Engineer - Foundation Brakes
Lead Engineer – Couplers
Lead Engineer – Pneumatic Controls
Lead Engineer, Advance Engineering
Lead Engineer, Bogie Brakes
Lead Engineer, Test Lab
Lead Engineering
Lead Field Engineer
Lead Field Service Technical Representative
Lead Man
Lead Manufacturing Technician
Lead Material Handler (Craft Workers)
Lead Material Technician
Lead Mechanical Engineer
Lead PTC Installer - Shortline
Lead PTC Product Support Analyst
Lead PTC Technician
Lead Painter
Lead Pneumatics Engineer
Lead Production Associate
Lead Project Coordinator

## Wabtec Railroad Employees Class Titles List

Lead Proposal Engineer
Lead Senior Systems Engineer
Lead Ship & Receive
Lead Signal Test Engineer
Lead Systems Analyst
Lead Systems Engineer
Lead Systems Trainer
Lead Technician
Lead Test Engineer
Lead Tool & Die Technician
Lead Wireman
Lead, Engineering
Leadbuyer
Leader, Planner/Expediter A
Line Lead
Line Lead, Assembly
Line Lead, Test Rack
Line Lead, Test/Fail Analysis
Line Leader Parts/Material Handler
Loco/Buff & Clean
Loco/Buff Or Piston
Loco/TD - Buff & Clean
Locomotive Assembly
Locomotive Line Leader
Locomotive Line Manager
Locomotive Operator
Locomotive Teardown
Locomotive Teardown & Assembly
Locomotive Test
Locomotive Test Rack Operator
Logistics Coordinator
Logistics Coordinator/Supervisor
Logistics Specialist
MRR Coordinator
Machine Operator
Machine Programmer
Machining Operations Manager
Machining Performance Engineer
Machinist
Machinist (Craft Workers)
Machinist (Operatives)
Maintenance
Maintenance Assistant
Maintenance Associate
Maintenance Manager
Maintenance Mechanic
Maintenance Operator

**Wabtec Railroad Employees Class Titles List**

Maintenance Supervisor
Maintenance Technician
Maintenance Technician (Craft Workers)
Maintenance Technician (Technicians)
Maintenance Technician II
Maintenance Technician Leader
Maintenance Worker (Craft Worker)
Maintenance Worker (Operatives)
Manager
Manager - Billing, Construction
Manager - Hourly
Manager Of Accounting
Manager Of Construction Operations
Manager Tool Design
Manager, Accounting
Manager, Advanced Engineering
Manager, After Market Business
Manager, After Market Engineering
Manager, Aftermarket Service
Manager, Assembly Operations
Manager, Assembly Production
Manager, Billing & Accounts Receivable
Manager, Brake Product Engineering
Manager, Business Analyst
Manager, Business Development
Manager, Business Operations
Manager, Business Planning & SC
Manager, CAD
Manager, CS Inside Sales
Manager, CS Regional
Manager, Communications
Manager, Communications Systems
Manager, Construction
Manager, Contracts
Manager, Corporate Accounting
Manager, Corporate Communications
Manager, Corporate Quality
Manager, Coupler Product Engineering
Manager, Credit, Cost Estimator, Senior
Manager, Customer Service
Manager, Customer Service & Pricing
Manager, Customer Service & Project Manager
Manager, Deputy Project
Manager, Design Engineering
Manager, Drafting
Manager, EHS
Manager, Electronic Product Service

**Wabtec Railroad Employees Class Titles List**

Manager, Embedded Systems
Manager, Embedded Systems Engineering
Manager, Engineering
Manager, Engineering & Fields Service
Manager, Engineering & Production
Manager, Engineering & QPS
Manager, Engineering & Quality Assurance
Manager, Engineering Service
Manager, Engineering Support
Manager, Environmental, Health & Safety
Manager, Field Service
Manager, Field Service & Training
Manager, Field Service Engineering
Manager, Financial Compliance
Manager, Global Category
Manager, Global Enterprise Architecture
Manager, Global Trade
Manager, Health, Safety & Environmental
Manager, Hydraulics
Manager, Infrastructure - Americas
Manager, Lab
Manager, Logistics
Manager, Logistics & Production
Manager, Machine, Fabrication & Welding
Manager, Machining
Manager, Machining Operations
Manager, Maintenance
Manager, Manufacturing
Manager, Manufacturing Engineering
Manager, Manufacturing Engineering & Maintenance
Manager, Marketing
Manager, Marketing Communication
Manager, Marketing/Sales Application
Manager, Material
Manager, Material Control
Manager, Material Lab
Manager, Mechanical Engineering
Manager, Mfg. Engineering & Facilities
Manager, New Product Development
Manager, OEM Marketing
Manager, Operation
Manager, Operations
Manager, Operations & Production
Manager, Operations & Support - West
Manager, PTC Operations
Manager, Parts
Manager, Planning

**Wabtec Railroad Employees Class Titles List**

Manager, Plant Engineering
Manager, Pricing, Proposal & Customer Service
Manager, Process Improvement
Manager, Procurement
Manager, Product Design
Manager, Product Line
Manager, Production
Manager, Production - VBI
Manager, Production Machining, Fabrication & Welding
Manager, Production Planning
Manager, Production Shop
Manager, Project Controlling
Manager, Project Engineering
Manager, Project Quality
Manager, Purchasing
Manager, Purchasing - Hourly
Manager, QPS
Manager, QPS  & Safety
Manager, Quality
Manager, Quality Assurance
Manager, Quality Assurance/QPS
Manager, Quality Performance Systems
Manager, Rams/LCC
Manager, Regional Field Service
Manager, Regional Sales
Manager, Reject
Manager, Safety
Manager, Safety & IP
Manager, Safety Assurance
Manager, Sales
Manager, Sales & Service
Manager, Sales Central Region
Manager, Sales Eastern Region
Manager, Sales Western Region
Manager, Senior Project Manager
Manager, Senior Supplier Quality
Manager, Service Center
Manager, Service Desk - Americas
Manager, Shop Operations
Manager, Signal Construction
Manager, Software Engineering
Manager, Software Test Engineering
Manager, Sourcing
Manager, Southeast Regional
Manager, Special Projects
Manager, Standards & Special Projects
Manager, Supplier Quality

**Wabtec Railroad Employees Class Titles List**

Manager, Supply Chain
Manager, Supply Chain - Vapor Bus International & Ricon Corporation
Manager, System Engineering
Manager, Systems Engineering
Manager, Systems Infrastructure
Manager, Systems Safety Engineering
Manager, Systems Testing
Manager, Tax
Manager, Technical
Manager, Technical Documentation
Manager, Technical Project
Manager, Technical Sales & Marketing
Manager, Technical Sales & Service
Manager, Technical Service
Manager, Technical Support
Manager, Technical Training
Manager, Technician Pubs
Manager, Test Engineering
Manager, Transit PTC Operations
Manager, Transit Sales & Service
Manager, Transit Sales - North America
Manager, WGS Compressor Product Lines
Manager, WGS Transit Service
Manager, Wabtec Performance Systems
Manager, Warehouse
Manufacturing - Hourly Direct
Manufacturing Analyst
Manufacturing Engineer
Manufacturing Engineer/Coordinator, QPS
Manufacturing Engineering Analyst
Manufacturing Engineering Specialist
Manufacturing Engineering Technician
Manufacturing Supervisor
Manufacturing Technician
Manufacturing Technician - Lead
Manufacturing Tool Crib Technician
Marketing Analyst
Marketing Assistant
Marketing Specialist
Master Planner
Master Scheduler
Material & Planning Supervisor
Material Associate II
Material Clerk
Material Clerk II
Material Coordinator
Material Expediter

**Wabtec Railroad Employees Class Titles List**

Material Expeditor
Material Handler
Material Handler (Craft Workers)
Material Handler (Laborer)
Material Handler (Operatives)
Material Handler III
Material Handler Lead
Material Handler Rec I
Material Handler Rec II
Material Handler Ship I
Material Handler Ship II
Material Handler/Oiler
Material Handler/Parts/Inventory
Material Inventory Specialist
Material Lead
Material Manager I
Material Planner
Material Planning Specialist
Material Technician
Material Technicians
Mechanic
Mechanic (Craft Worker)
Mechanic (Operatives)
Mechanic Fabricator
Mechanical Assembly I
Mechanical Assembly II
Mechanical Assembly Senior
Mechanical Design Engineer
Mechanical Designer
Mechanical Engineer
Mechanical Engineer II
Mechanical Technician
Methods & Industrialization Manager
Methods Engineer
Midwest/Southwest Sales & Service Manager
Mill Room Assistant
Mill Room Operator
Mixer Operator
Mixer/Prep Operator Assistant (Punch, Flashcut Weigh - Up)
Mixer/Prep Operator Assistant (Punch, Flashcut Weigh - Up, Std. Build)
Mixer/Prep Operator Assistant (Punch, Flashcut, Standard Build, Weigh - Up)
Mixer/Prep Operator Assistant (Punch, Flashcut, Weigh - Up)
Mixer/Prep Operator Assistant (Punch, Flashcut, Weigh - Up, Standard Build)
Mixer/Prep Operator Assistant (Punch, Flashcut, Weigh - Up, Std. Build)
Mixer/Prep Operator Assistant Punch, Flashcut Weigh - Up)
Mold Design Technician
Motor Pull/Paint

**Wabtec Railroad Employees Class Titles List**

Multi Service Operator
NPR & I Buyer
NPR Buyer
Network Application Developer
Network Engineer
OBS
OBS - NICTD
OBS - SFRTA
OBS - Sunrail
OBS Technician - MARC
Onboard Support Technician - Ace
Onboard Support Technician - Caltrain
Onboard Support Technician - Regional PTC
Onboard Support Technician - SFRTA
Operations & Maintenance Manager
Operations & Planning Coordinator
Operator
Operator (Craft Workers)
Oracle Application Developer II
Oracle Application Developer III
Oracle Application Lead Developer
Oracle Developer
Oracle Development Project Lead
Oracle Service Specialist
Order Correspondent A
PCB Design Lead
PTC Application Engineer
PTC Application Engineer Technician
PTC Application Engineer Technician - SFRTA
PTC FST - (Trainer)
PTC FST - Kansas City
PTC FST - Selkrik, Ny
PTC Field Service - CSX - TN
PTC Field Service Technician
PTC Help Desk Analyst
PTC Installation Manager
PTC Installation Manager - LA
PTC Installer
PTC Installer - Fort Worth
PTC Installer - LA
PTC Installer - LAJ
PTC Installer - MARC
PTC Installer - Regional PTC
PTC Installer - SFRTA
PTC Installer - Shortline
PTC Installer - Sunrail
PTC Intaller

**Wabtec Railroad Employees Class Titles List**

PTC Intaller - Shortline
PTC Integration Engineer
PTC Integration Engineer - Brazil
PTC Integration Engineer - Hourly
PTC Integration Trainer
PTC Lead Installer
PTC Lead Installer - Shortline
PTC Lead Installer - Sunrail
PTC Manager
PTC Onboard Support Technician
PTC Operations Manager
PTC Product Support Analyst
PTC Project Manager
PTC Repair Technician
PTC Support Technician - NS Support
PTC System Integration Engineer
PTC Systems Instructor
PTC Technical Trainer
PTC Technician
PTC Technician - Regional PTC
PTC Technician - Shortline
PTS & Freight DB Supervisor
Packer
Paint/Final Inspection
Paint/Final Inspection/Clean
Painter
Painter & Test
Painter (Craft Workers)
Painter I
Painter II
Parts Coordinator - Compressor Line
Passenge Transit Teardown & Assembly
Passenger Test Rack Operator
Passenger Transit Assembly
Passenger Transit Teardown
Passenger Transit Teardown & Assembly
Passenger Transit Teardown Technician
Passenger Transit Teardown/Assembly
Passenger Transit Technician
Passenger Transit Test Rack Operator
Piston TB
Piston TBAT
Piston Teardown Operator
Piston Test
Piston/All
Piston/Buff
Piston/TD - BC - Assembly

**Wabtec Railroad Employees Class Titles List**

Piston/TD - BC - Assembly - Test
Planner
Planner/Expediter A
Planner/Expediter B
Planner/Expeditor
Planner/Scheduler
Planning Assistant
Plant Manager
Plant Performance Director
Plate Prep Operator
Portal/Web Developer III
Power & Information Systems Leader
Prep Operator (Calender, Extrude, Mixer, Mills)
Prep Operator (Calender, Extrude, Mixer, Mixer Mills)
Press Brake Operator II
Press Brake Operator III
Press Operator (1000T, 1650T, Stretch
Press Operator - (McNeil, Rdfl)
Press Operator - (McNeil, Small Desma, Pentaject)
Press Operator - 1000T, 1650T, Stretch
Press Operator - 4 - Press, 5 - Press, Platen
Press Operator - LArge Desma
Press Operator - McNeil, Small Desma, Pentaject
Press Operator - Rubber Demand Flow Line
Press Operator Check Valve
Press Operator Hinge Press
Press Operator Large Injection
Press Operator Large Platen
Press Operator McNeil Small Desma Pentaject
Press Operator Ring Lathe
Press Operator Rubber Demand Flow Line
Press Operator Small Injection
Press Operator Small Platen
Press Opertor Small Platen
Pricing Manager
Principal Architect
Principal Data Scientist
Principal Engineer
Principal Field Test Engineer
Principal Mechanical Engineer
Principal Product Engineer Crb
Principal Quality Engineer
Principal Safety Engineer
Principal Software Architect
Principal Software Engineer
Principal Software Test Engineer
Principal Systems Engineer

**Wabtec Railroad Employees Class Titles List**

Principal Systems Safety Engineer
Principal Test Engineer
Process Engineer
Process Quality Supervisor
Procurement Agent
Product Application Specialist
Product Data Analyst
Product Engineer
Product Engineering Technician
Product Line Engineer
Product Line Manager
Product Line Systems Engineer
Product Manager
Product Manager, HVAC
Product Support Manager
Production & Electronics Technician
Production Assembly
Production Associate
Production Clerk
Production Coordinator
Production Lead
Production Line Lead
Production Line Leader
Production Line Leader - 1st Shift
Production Line Leader - MARC
Production Line Supervisor/TD - BC - Assembly - Test
Production Planner
Production Technician
Production Worker
Production Worker (Operatives)
Production Worker A
Production Worker B
Production/Planning Clerk
Program Assistant
Program Manager
Program Manager (Mid - Level Manager)
Program Manager (Professional)
Project Accountant
Project Administrator
Project Administrator I
Project Analyst
Project Assistant
Project Buyer
Project Controller
Project Controlling Manager
Project Coordinator
Project Engineer

**Wabtec Railroad Employees Class Titles List**

Project Engineer - Ace
Project Engineer - NICTD
Project Management
Project Management - Hourly Direct
Project Manager
Project Manager (Mid - Level Manager)
Project Manager (Professional)
Project Manager - MARC
Project Manager - SFRTA
Project Manager - Sunrail
Project Manager - Track Service
Project Manager I
Project Manager II
Project Manager III
Project Manager Of In Service Testing
Project Manufacturing Engineer
Project Quality Engineer
Project Scheduler
Project Service
Project Specialist
Proposal Manager
Proposal Specialist
Prototype Specialist/Product Development Eng Support
Purchasing Agent
Purchasing Agent II
Purchasing Specialist
QA Analyst II
QA Manager
QA Manager, WGS
QAI - SFRTA
QPS  Coordinator
QPS  Engineer
QPS  Technician
Qualified Crewman
Qualified Crewman Foreman
Quality Analyst
Quality Assurance Analyst
Quality Assurance Engineer
Quality Assurance Inspector
Quality Assurance Inspector - Caltrain
Quality Assurance Inspector - MARC
Quality Assurance Inspector - NICTD
Quality Assurance Inspector - Sunrail
Quality Assurance Specialist II
Quality Assurance Technician
Quality Assurance Technician - MARC
Quality Assurance Technician(Operatives)

**Wabtec Railroad Employees Class Titles List**

Quality Control Inspector/Auditor
Quality Control Specialist
Quality Engineer
Quality Manager
Quality Specialist
Quality Technician
Quality Test Engineer
Quotes & Proposals Lead
Quotes & Proposals Manager
Quotes & Proposals Specialist
RMA Coordinator
Rams Engineer
Rams/LCC System Engineer
Receive Clerk
Receive Clerk (Administrative Support)
Receive Lead
Receive, Airbrake
Receive, UP
Recor - Teardown
Regional Vice President, International Sales
Relief Foreman
Report Developer
Research & Development Engineer
Responsable Bureau D'Etude Cvs
Rover/Paint
SCM Engineer
Safety & QAI - Sunrail
Safety Engineer
Safety Manager
Safety Manager Of AAF
Safety/QPS  Supervisor
Sales & Service Representative
Sales & Service Specialist
Sales Administrator
Sales Director Freight Car
Sales Director Infrastructure
Sales Director Locomotive
Sales Director Train Control
Sales Engineer
Sales Regional Manager
Sales Representative
Scheduler
Senior Accountant
Senior Accountant/Analysis
Senior Advisory Engineer
Senior Analyst
Senior Analyst, Treasury

**Wabtec Railroad Employees Class Titles List**

Senior Application Engineer
Senior Assembly, Wiring
Senior Bonder
Senior Business Analyst
Senior Buyer
Senior CAD Design
Senior Communications Engineer
Senior Contract Administrator
Senior Cost Accountant
Senior Customer Service Administrator
Senior Design Engineer
Senior Designer
Senior Director, Business Development
Senior Director, Engineering
Senior Director, Office Product Line
Senior Director, Operations & Customer Support
Senior Director, Program Management
Senior Director, Systems Development
Senior Electrical Engineer
Senior Electro Mechanical Assembly
Senior Electronic Assembly
Senior Electronics Engineer
Senior Electronics Engineer I
Senior Electronics Engineer II
Senior Electronics Technician
Senior Engineer
Senior Engineer, Coupler Design
Senior Engineer, Couplers
Senior Engineer, Pneumatics
Senior Engineering Application Specialist
Senior Engineering Designer
Senior Engineering Manager
Senior Engineering Support Specialist
Senior Field Service Representative
Senior Finance Director - Electronics Group
Senior Finance Director - Freight Group
Senior Finance Director - Freight Service Group
Senior Finance Director - Industrial Group
Senior Finance Director, Financial Planning & Analysis
Senior Finance Director, Treasury
Senior Financial Analyst
Senior Global Treasury Analyst
Senior Group Leader
Senior Internal Auditor
Senior Maintenance Technician
Senior Maintenance Test Rack Technician
Senior Manager, Accounting

# Wabtec Railroad Employees Class Titles List

Senior Manager, Corporate Accounting
Senior Manager, Corporate Tax
Senior Manager, Electronics Design
Senior Manager, Engineering
Senior Manager, Global Trade
Senior Manager, International Marketing
Senior Manager, Service Desk - Americas
Senior Manager, Software Engineering
Senior Manager, Tax
Senior Manager, Technical Project
Senior Manager, Treasury
Senior Manufacturing Engineer
Senior Manufacturing Engineering Analyst
Senior Manufacturing Engineering Specialist
Senior Material Clerk
Senior Material Estimator
Senior Material Planner
Senior Mechanical Assembly
Senior Mechanical Design Engineer
Senior Mechanical Engineer
Senior Network Engineer
Senior Planner
Senior Principal Engineer
Senior Product Line Engineer
Senior Production Planner
Senior Program Coordinator
Senior Program Manager
Senior Project Accountant
Senior Project Administrator
Senior Project Coordinator
Senior Project Manager (Professional)
Senior Project Manager, Communications
Senior Project Scheduler
Senior Purchasing Specialist
Senior Quality Engineer
Senior Signal Designer
Senior Signal Engineer
Senior Software Architect
Senior Software Design Engineer
Senior Software Engineer
Senior Software Engineer - Group Leader
Senior Software Specialist
Senior Software Test Engineer
Senior Software Test/Verification Engineer
Senior System Integration Test Engineer
Senior System Safety Engineer
Senior Systems & Communications Engineer

**Wabtec Railroad Employees Class Titles List**

Senior Systems Architect
Senior Systems Engineer
Senior Systems Integration Engineer
Senior Systems Safety Engineer
Senior Tax Accountant
Senior Tax Analyst
Senior Technical Advisor
Senior Technical Project Manager
Senior Technician
Senior Test Engineer
Senior Test Technician
Senior Web Application Engineer
Senior Wiring Assembly
Service Desk Lead
Service Desk Specialist
Service Director
Service Manager
Service Manager - CSX
Service Manager - NS Support
Service Test Engineer
Set Up Operator
Set Up Technician
Ship & Receive Clerk
Ship & Receive Clerk I
Ship & Receive II
Ship & Receive III
Ship Associate
Ship Clerk
Ship Clerk (Administrative Support)
Ship Clerk (EEO - Administrative Support)
Ship Department Line Leader
Ship Lead
Ship Lead - First Shift
Ship, Packer
Ship, Receive
Ship, Receive (Laborer)
Ship, Receive (Operatives)
Ship, Receive Clerk
Ship, Receive Manager
Ship, Receive, Kit, Final Pack
Shop Foreman
Shop Painter
Shop Painter/Freight Teardown
Shop Painter/Freight Test Rack Operator
Signal Construction Inspector
Signal Designer
Signal Designer I

**Wabtec Railroad Employees Class Titles List**

Signal Designer II
Signal Engineer
Signal Engineer I
Signal Engineer II
Signal Engineer III
Signal Inspector
Signal Inspector II
Signal Test Engineer
Signal Test Technician
Signalman
Single Car Test, Teardown & Assembly
Site Accounting Lead
Small Parcel Ship
Software & Electrical Engineer
Software Developer
Software Engineer
Software QA Analyst I
Software Quality Analyst
Software Quality Assurance Analyst II
Software Technical Associate
Software Test Analyst
Software Test Engineer
Solutions Engineer
Sourcing Specialist
Special Products Assembly
Special Products TBA
Special Products TBC
Special Products TD - BC - Assembly
Special Products Teardown
Special Products Test
Special Products/TD - Buff & Clean
Special Projects Coordinator
Special Projects/Compressor Technician
Specialty Welder/Subarc 1st Shift
Staff Accountant/AP Manager
Strategic Lead For Production & Test Engineering
Sub - Assembly Technician
Sub - Contractor Technical Representative
Sub Arc
Sub Arc/TD/Final Inspection
Sub Components
Sub Components Assy/Test
Subarc/Lathe
Subarc/Lathe - Shift 1
Subarc/Test/Paint/Final Inspection
Supervisor
Supervisor - 1st Shift

# Wabtec Railroad Employees Class Titles List

Supervisor - 2nd Shift
Supervisor - BNSF
Supervisor - Compressor Dept
Supervisor - Electronics Dept
Supervisor - Hourly
Supervisor - Locomotive
Supervisor - PTC Support
Supervisor - Passenger Transit
Supervisor - Small Freight, Piston & Slack Adjuster Line
Supervisor Cooler Lines
Supervisor Parts/Inventory Dept
Supervisor QA/Safety & Operations
Supervisor Radiator Lines
Supervisor Ship & Receive
Supervisor, Administration
Supervisor, CNC
Supervisor, Compressor Line
Supervisor, Construction
Supervisor, Customer Service
Supervisor, DO/HVAC/APS
Supervisor, EPIC
Supervisor, Engineering
Supervisor, Engineering Service
Supervisor, Fabrication
Supervisor, Field Service
Supervisor, Freight
Supervisor, Lead
Supervisor, Locomotive & Transit
Supervisor, Locomotive Service
Supervisor, Mainenance
Supervisor, Maintenance
Supervisor, Operations
Supervisor, PTC
Supervisor, PTC Product Support Help Desk
Supervisor, Piston/Slack Adjuster/SCTD
Supervisor, Plant
Supervisor, Production
Supervisor, Production Lead
Supervisor, Quality
Supervisor, Quality Assurance
Supervisor, Quality Test Engineering
Supervisor, Receive
Supervisor, Relays & Contactors
Supervisor, Sash
Supervisor, Service Desk America
Supervisor, Ship
Supervisor, Ship & Receive

**Wabtec Railroad Employees Class Titles List**

Supervisor, Ship, Customer Service
Supervisor, Shop
Supervisor, Shop - Hourly
Supervisor, Supplier Quality
Supervisor, Test Engineering
Supervisor, Warehouse
Supplier Quality Engineer
Supplier Quality Lead
Supply Chain - Salary
Supply Chain Admin
Supply Chain Engineer
Supply Chain Specialist
Support Engineer
Suprvisor, Durox
Surveyor I
Surveyor II
System Integration Test Engineer
System Safety Engineer
System Test Engineer
Systems Analyst II
Systems Engineer
Systems Engineering Manager
Systems Engineering Technician
Systems Field Inspector 1
Systems Field Inspector I
Systems Integration Engineer
Systems Integration Manager
TBA & Test
TBA, Weld & Test
TD
TD - Assembly
TD - Assembly - Test
TD - BC - Assembly - Test
TD - BC - Assembly - Test/Weld
TD - Test
TD/Initial Inspection/Clean
TDW Operator
Tax Senior
Team Lead - Ship
Team Lead Business Analyst
Team Lead Software Engineer
Team Lead Systems Engineer
Team Leader
Team Leader (Craft Workers)
Team Leader (Operatives)
Team Leader I
Team Leader II

**Wabtec Railroad Employees Class Titles List**

Team Leader III
Team Leader, Service Parts
Tear Down/Cleaning Operator
Teardown
Teardown, Assembly & Test
Teardown/Initial Inspection
Teardown/Lathe
Technical Advisor
Technical Analyst Service Delivery
Technical Director
Technical Project Manager
Technical Sales Advisor
Technical Service Manager
Technical Service Representative
Technical Specialist
Technical Specialist B
Technical Support Analyst
Technical Trainer
Technical Writer
Technical Writer - Hourly
Technician
Technician - HVAC
Technician I
Technician II
Technician Service Rep
Tender Analyst
Test
Test Engineer
Test Engineering Technician
Test Rack Operator
Test Rack Operator (Craft Workers)
Test Rack Operator - Special Projects
Test Rack Operator Line Leader
Test Technician
Test/Final Inspection
Test/TD/Clean/Paint/Final Inspection
Tester - Airbrake
Testing
Threader
Tool & Die Machinist
Tool & Die Technician
Tool & Model Maker III
Tool & Mold Maker II
Tool Room Technician
Trade Compliance Analyst
Traffic & Material Control Operator
Trainer, Engineering

## Wabtec Railroad Employees Class Titles List

Treasurer & Vice President, Tax
Treasury Analyst
Triangle TBA
Triangle/Locomotive Teardown
Triangle/TD - BC - Assembly
Trim (Hand Punch, Cryogenic, Paint Line)
Trim (Hand, Punch, Cryogenic, Paint Line)
Trim (Hand, Punch, Cryogenic, Paint Line) Operator
Trim Operator (Hand, Punch, Cryogenic, Paint Line)
Truck Driver
UX Account Coordinator
Utility Engineer
Utility Operator
Vice President
Vice President - Corporate Initiatives
Vice President - Marketing & Product Planning
Vice President Customer Service, Freight Segment
Vice President Electronics Coe
Vice President Government Relations & Public Affairs
Vice President Line Management/Sales Freight Car
Vice President Locomotive Serv
Vice President Of Compensation & Benefits
Vice President Of Finance, Finance Processes & Systems
Vice President Of Operations
Vice President, CS & Freight Sales
Vice President, Claims Management & Bid Governance
Vice President, Construction
Vice President, Controller
Vice President, Corporate & Freight Quality
Vice President, Corporate Quality
Vice President, Corporate Safety & Environmental Compliance
Vice President, Corporate Strategy
Vice President, Engineering
Vice President, Finance & Global Treasury
Vice President, Finance & Group Controller
Vice President, Financial Planning & Analysis
Vice President, Freight Customer Service
Vice President, Freight Marketing & Sales
Vice President, Integration & Strategy
Vice President, Internal Audit
Vice President, International Business Development
Vice President, Investor Relations
Vice President, Marketing
Vice President, Marketing & Sales Freight Car
Vice President, Marketing & Sales Industrial
Vice President, Marketing & Sales Infrastructure
Vice President, Marketing & Sales Locomotive

**Wabtec Railroad Employees Class Titles List**

Vice President, Marketing & Sales Train Control - Signaling - Analytics
Vice President, Marketing Freight Segment
Vice President, Operations & Business Development
Vice President, Product Development
Vice President, Program Management
Vice President, Project Management & Bid Governance
Vice President, Quality & Training
Vice President, Quotes & Proposals
Vice President, Rail Service
Vice President, Regional Sales
Vice President, Safety, Environment & Sustainability
Vice President, Sales
Vice President, Sales & Marketing
Vice President, Sales & Marketing, Freight Segment
Vice President, Sales Motivepower
Vice President, Sales North America
Vice President, Train Control
Wabtrax Tester/Support
Warehouse & Distribution Supervisor
Warehouse Clerk
Warehouse Coordinator
Warehouse Lead
Warehouse Worker (Craft Worker)
Warehouse Worker (Laborer)
Warranty & Reliability Engineer
Warranty & Repair Manager
Warranty Administrator
Warranty Manager
Warranty Technician
Warranty Technician, Lead
Web Portal Developer Level II
Welder
Welder (Craft Workers)
Welder (Operatives)
Welder - 1st Shift
Welder - SFRTA
Welder I
Welder II
Welder/Assembly
West Coast Regional Manager
Wireman
Wiring Assembly II
Yard Controller

**Knorr Railroad Employees Class Titles List**

2nd Shift Supervisor
ABS Controller
ABS Sales & Site Manager
AM, Automation & Controlling Engineer 4
APO Bus Expert/SAP Prod Data Specialist
APU
APU Labor (Genset Builder)
APU Lead
Account Coordinator
Account Manager
Accountant Clerk
Accounting & Tax Specialist
Accounting Clerk
Accounting Clerk 2
Accounting Clerk Sr
Accounts Payable & Receivable Manager
Accounts Payable Clerk
Accounts Payable Clerk 1
Accounts Payable Clerk 2
Accounts Payable Clerk I
Accounts Payable Lead
Accounts Payable Supervisor
Acting Director, Quality (KBC)
Acting Director, Rail Services
Acting Engineering Admin
Acting Program Manager
Adv Calibration
Adv Calibration (HS)
Advanced Manufacturing Engineer
Advanced Manufacturing Engineer 3
Advanced Manufacturing Engr
Advanced Manufacturing Engr Jr
Advanced Manufacturing Manager
Aftermarket Sales Rep
Aftermarket Sales Representative
Air Compressor
Air Compressor Lead
Air Compressor Sandblaster
Air Compressor Tear Down Labor
Air Compressor/Machine Shop Lead
Air Dryer
Air Dryer Lead
Applications Engineer
Applications Engineer 3
Applications Engineer/Dyno Dept. Manager
Applications Engr

**Knorr Railroad Employees Class Titles List**

Assembly III
Assembly Test Technician
Assembly Test Technician - Cell Leader
Assistant Controller
Assistant Controller - Premtec
Assistant Controller SBU
Assistant Facility Manager
Assistant Shop Coordinator
Assistant Western Regional Manager
Associate Manufacturing Engineer
Assy I
Assy II
Assy III
Assy lll
BU Controller
BU Manager IFE/HVAC
Batch System Operator
Briquette System Operator
Bus Proc Exp-Customs & Trade Compliance
Business Process Expert - Materials Mgmt
Business Process Expert - Warehouse Mgmt
Business Stream Manager
Buyer
Buyer 1
Buyer 2
Buyer I
Buyer III
Buyer Planner 2
Buyer Std Commodities
Buyer/Materials Planner
Buyer/Planner 1
Buyer/Planner 1 (KC)
Buyer/Planner 1 (Premtec)
Buyer/Planner 2
Buyer/Planner 3
Buyer/Simulator Support
CAD Drafter 1
CAD Drafter 2
CAD Drafter 3
CCB Loco A&T
CCC Paid Repair Customer Srv
CCC Warranty Administration
Cad Drafter
Cell Expert
Cell Leader
Certified Welder
Chief Engineer

**Knorr Railroad Employees Class Titles List**

CoC Manager - Doors
CoC-Engineering Team Lead
Commodity Manager
Commodity Manager 1
Commodity Manager 2
Commodity Manager 3
Commodity Manager 3 - Electronics
Commodity Manager Jr
Commodity Manager, Jr.
Configuration Management Spvr
Configuration Management Supervisor
Contract Administrator
Controller
Controller NYAB
Corporate Customs Compliance Supervisor
Corporate Trans Customs Compliance Mgr
Cost Accountant/Financial Analyst
Cost Analyst
Cost Engineer
Cost Engineer 2
Costing
Credit & Collections Lead
Credit & Collections Manager
Customer SCM Manager
Customer Service /Sales Administrator
Customer Service Administrator
Customer Service Rep
Customer Service Rep 1
Customer Service Rep 2
Customer Service Rep 2, International
Customer Service Rep 2, OE
Customer Service Rep 3
Customer Service Rep 3, OE
Customer Service Representative
Customer Service Representative 1
Customer Service, Lead
Customer Service/Shipping Clerk
Customer Srv Manager
Cyl Machining
Cylinder Machining
DB60 A&T
DB60 Machining
Data Coordinator
Demand Planner Analyst
Dep Director of PUR & Demand Planning
Deputy Director of OE Project Management
Deputy Director of OE Sales

**Knorr Railroad Employees Class Titles List**

Deputy Director of Purchasing
Deputy Director of Supply Chain
Deputy Project Director, NYCT
Design Engr
Design Validation Manager
Designer/Checker
Director CoC Brakes
Director Engr Electrical Software
Director Engr Mechanical
Director Engr Product Owners
Director Engr RAMS
Director Engr Sales Systems
Director Engr Services
Director Engr Systems Dev
Director Engr TDS
Director Freight OE Sales
Director International & Loco OE Sales
Director International Sales
Director Marketing & Sales
Director OE Locomotive Sales
Director Of Engineering, TDS Division
Director Operations/Program Management
Director PMO
Director Project Managing & Operations
Director Rail Services
Director Sourcing
Director TDS
Director of Agile Practice
Director of Agile Program Management
Director of Business Unit
Director of Continuous Improvement
Director of Controlling
Director of Controlling and Finance
Director of Doors Business Unit
Director of Finance
Director of Logistics
Director of Manufacturing
Director of Marketing
Director of Meta-Scrum Product Ownership
Director of Operational Excellence
Director of Operations
Director of Operations and Engineering
Director of Purchasing
Director of Quality
Director of Quality Systems
Director of Rail Services
Director of Sales

**Knorr Railroad Employees Class Titles List**

Director of Supply Chain Management
Director, Brakes Business Unit
Director, Business Development
Director, Customer Service
Director, Engineering
Director, Engineering Brakes
Director, Engr Systems Dev
Director, Finance
Director, HVAC Business Unit
Director, Programs
Director, Project Management
Director, Quality
Director, Rail Services
Director, Sales & Marketing
Director, Sales & Systems
Director, Sales & Systems - Engineering
Director, Sales & Systems - Sales
Director, Supply Chain
Document Control Specialist
Documentation Clerk
Domestic & Intl Transportation Clerk
Domestic & Intl Transportation Spec
EP60 A&T
Elec Technician (HS)
Electical Engineer 2
Electrical
Electrical Engineer 2
Electrical Engineer 3
Electrical Engineer 4
Electrical Engr 1
Electrical Engr 2
Electrical Engr 3
Electrical Engr 4
Electrical Engr 5
Electrical Lead
Electrical Technician
Electrician (HS)
Electro-Mechanical Engineer
Electronic HW Engr 2
Electronic System Engineer
Electronic Systems Engineer
Electronic Systems Engineer Team Leader
Electronic Technician
Electronics Systems Engineer
Electronics Systems Engineering Manager
Electronics Test Technician
Electronics Test Technician (PT)

**Knorr Railroad Employees Class Titles List**

Embedded Software Engineer Associate
Embedded Systems Developer
Embedded Systyms Developer
Engineer
Engineer, General
Engineer, General (PT)
Engineering Manager
Engineering Support Specialist
Engr Logistics Coord
Engr Prod Data Mgt Supervisor
Engr Production Services Senior Spec
Engr Tools and Configuration Specialist
Expediter
Expediter / Buyer
Fabrication Lead
Facilities Maint Tech & Electrician
Facilities Maintenance Technician
Facilities Manager
Facilities and Logistics Specialist
Facilities and Warehouse Manager
Facilities and Warehouse Specialist
Facility & HSE Lead
Facility Maintenance Electrician
Field Service Applications Specialist
Field Service Applications Supervisor
Field Service Engineer
Field Service Engineer I
Field Service Mechanic
Field Service Rep - Site Supervisor
Field Service Representative
Field Service Site Supervisor
Field Service Specialist
Field Service Specialist 1
Field Service Specialist 2
Field Service Specialist Sr
Field Service Specialist, Senior
Field Service Supervisor
Field Service Technician
Field Service Technician I
Field Service Technician II
Field Service and Sales Manager
Field Service and Sales Specialist
Field Services Specialist 2
Field Srv Application Engr
Field Srv Engr
Field Srv Project Mgr
Field Srv Rep

**Knorr Railroad Employees Class Titles List**

Field Srv Spec
Field Srv Spec/Inside Sales
Field Srv Technician
Field Support Coordinator
Final Inspector
Finance Admin Generalist/Bookkeeper
Finance Admin Generalist/Bookkeeper 3
Financial Accountant
Financial Analyst
Financial Analyst / IFE
Financial Analyst 1
Financial Analyst I
Fixed Asset & Cost Analyst
Fixture Mechanic
Flex Production
Freight Control Valve
Freight Control Valve A&T
Freight Control Valve A&T - Section Lead
Freight OE Sales Manager
Freight OE Sales Manager, Sr
Fuel Crane
Fuel Cranes Lead
GIS Analyst 1
GIS Analyst 2
GIS Analyst I
GIS Anaylst 1
General Maintenance (HS)
General Maintenance 1 (HS)
General Maintenance Dyno
General Maintenance Leadman
General Maintenance Mechanic
General Maintenance-1
General Maintenance-2
General Maintenance-Tooling Coord
General Shop Labor Nixa
Global Client Services Lead
Global Transportation Specialist
Graphic Designer 2
Group Leader
HSE Manager
HVAC Assembly Technician
HVAC Assembly Test Technician
HVAC CoC Manager
HVAC Electrical System Engineer
HVAC Electrical Systems Engineer
HVAC Electronics Repair Electrician (PT)
HVAC Engineering Coordinator

**Knorr Railroad Employees Class Titles List**

HVAC Engineering Support Specialist
HVAC General Assembler
HVAC Mechanical Assembler
HVAC Mechanical Designer
HVAC Mechanical Engineer
HVAC Power and Controls Engineer
HVAC Rail Services Manager
HVAC Repair Tech
HVAC Repair Technician
HVAC Strategic Purchasing Specialist
HVAC Supplier Development Specialist
HVAC System Validation Engineer
HVAC Systems Engineer
HVAC Tech - Assembler
HVAC Technician (HS)
HVAC Test Technician
HVAC Test Technician - Cell Leader
Hand Brake
Health Safety & Environmental Manager
Health Safety Environmental Specialist
Health and Safety Specialist - PREMTEC
Health and Safety Specialist - Watertown
Hose Lead
Hose Product Development
Hose Products Sales Manager
Hose Technician 1
Hose Technician 1B
Hose Technician 1C
Hose Technician 2
Hose Technician 2A
Hose Technician 2B
Hose Technician 3
Hose Technician 3A
Hose and Specialty Products Manager
IC Supply Chain Manager
IFE Sales and Systems Manager
IS Manager
Improvement Specialist
In Supply Analyst
In Supply Coordinator Sr
Indirect Buyer
Industrial Engineer
Inside Sales Manager
Inside Sales Representative
Inside Sales/Field Service Technician
Inspection
Interim Manager – Sales and Systems

**Knorr Railroad Employees Class Titles List**

International Sales & Support Supervisor
International Sales Account Manager
International Sales Representative
Inventory Control - Customer Srv Spec
Inventory Control Clerk
Inventory Control Specialist
Inventory Control Specialist 2
Inventory Spec/Material Coord
Inventory Specialist/Material Coord
Jr Quality Engineer/KPI Specialist
Junior Manufacturing Engineer
Junior Quality Engineer
Junior Technical Illustrator
Junior Technical Writer
KC/KBL Assistant Controller
KPS Champion
KPS Leader
KPS Manager
Kitting Assembler
Lab Technician
Lab Technician 1
Lab Technician 2
Lead HVAC Mechanical Engineer
Lead HVAC Systems Engineer
Lead Inspection
Lead Person
Lead Software Engr
Lead System Engineer
Lead Systems Engineer
Leader, HVAC Mechanical Engineer
Leader, Mechanical Design
Line Feeder
Line Worker
Loco A&T
Locomotive
Locomotive A&T
Locomotive OE Sales Rep
Logistics & Trade Compliance Specialist
Logistics & Warehouse Manager
Logistics Coordinator
Logistics Manager
Logistics Order Administrator
Logistics Spec
Logistics Specialist
Logistics Specialist 2
Logistics Specialist I
Logistics Specialist II

**Knorr Railroad Employees Class Titles List**

Logistics and Material Analyst
Logistics and Warehouse Supervisor
Lube Mechanic
MRP Controller
Machine Repair
Machine Repair (HS)
Machine Shop
Machine Shop Lead
Machining (HS)
Machinist
Machinist II
Machinist-Short Cycle
Maint Mech A-Electrician
Maint Mech A-Pipe/Plumb
Maintenance
Maintenance Electrical Technician
Maintenance Electrical Technician - 2nd
Maintenance Helper
Maintenance Specialist
Maintenance Technician
Maintenance Technician 2
Maintenance and Reliability Engineer
Manager Aftermarket Sales
Manager Business Development
Manager Corporate Trans Customs Complian
Manager Customer Service
Manager Electronic Engr
Manager Engineering Services
Manager Engineering Test
Manager Engr ABS
Manager Engr Hardware
Manager Engr Loco Sys Dev
Manager Engr Mechanical
Manager Engr Product Data Mgmt
Manager Engr Shared Services
Manager Engr Software
Manager Engr Sustaining
Manager Engr Systems
Manager Engr Systems Quality
Manager Engr Systems Verification
Manager Engr TCS Dev
Manager Engr Tech Pubs
Manager Engr Test
Manager Facilities and Equip Maintenance
Manager Field Service
Manager Freight Systems Engr
Manager In-Supply

**Knorr Railroad Employees Class Titles List**

Manager Locomotive Sales
Manager NPI Programs
Manager OEM Freight Sales
Manager Quality HSE Systems
Manager Sales OE Brakes
Manager Sales and Systems Engr
Manager Systems Engr
Manager of Accounting
Manager of Adv Manuf Engr
Manager of Business Dev/Tech Transfer
Manager of Electronics Engineering
Manager of PMO
Manager of Quality Assurance
Manager of Sales and Project Management
Manager of Software Engineering
Manager, Accounting
Manager, Accounting and Reporting
Manager, Aftermarket Bus. Development
Manager, Business Unit Controller-Brakes
Manager, Contracts & Logistics
Manager, Cost Accounting
Manager, Document Control
Manager, Engineering Services
Manager, FS North America
Manager, FS Northeast
Manager, FS Northeast & Central
Manager, Facilities
Manager, Maintenance Services
Manager, Manuals & Training
Manager, Material Control
Manager, Mechanical Engineering
Manager, Merak Finance & IT Services
Manager, Operations Brakes & Doors
Manager, Planning & Logistics
Manager, Project & Systems Eng. HVAC
Manager, Purchasing
Manager, Rail Services Sales Logistics
Manager, Sales & Business Development
Manager, Sales Logistics
Manager, Sales and Systems Engineering
Manager, Service
Manager, Shop Operations
Manager, Software & Electr. Engineering
Manager, Supplier Quality
Manager, Supply Chain
Manager, Systems Engineering
Manager, Systems Engineering Doors

**Knorr Railroad Employees Class Titles List**

Manager, Systems Integration Verificatio
Manager, Tech Pubs & Document Control
Manager, Warehouse
Managing Team Leader
Manufacturing Electronics Engineer
Manufacturing Engineer
Manufacturing Engr
Manufacturing Engr Manager
Manufacturing Master Production Schedule
Manufacturing Services Manager
Marketing Analyst
Marketing Analyst, Senior
Marketing Coord
Marketing Coord 3
Master Scheduler
Material Acquisition Specialist
Material Coord
Material Coord Team Leader
Material Coordinator
Material Expediter
Material Expeditor
Material Handler
Material Handler (PT)
Material Handler 1
Material Handler 2
Material Handling
Material Hnd A
Material Planner
Material Planner Team Lead
Material Planning Team Lead
Material Requirements Planner 1
Material Requirements Planner 2
Material Requirements Planner 3
Materials & Planning Prod Supervisor
Materials Coord
Materials Coord 2
Materials Coord A
Materials Handler 1
Materials Handler 2
Materials Manager
Mechanical Design Engineer
Mechanical Designer
Mechanical Designer, HVAC
Mechanical Development Engr
Mechanical Engineer
Mechanical Engineer 1
Mechanical Engineer 2

**Knorr Railroad Employees Class Titles List**

Mechanical Engineer Jr.
Mechanical Engineering Team Leader
Mechanical Engr 1
Mechanical Engr 2
Mechanical Engr 3
Mechanical Engr 4
Mechanical Engr 5
Mechanical Engr 5S
Mechanical Systems Engineering Manager
Mgr International Sales and Market Deve
Mgr RAMS
Mgr, Engineering & Strategic Purchasing
Mgr. Indust. Manufacturing Engineering
Mgr. Manufacturing Engineering
Mgr., HVAC Engineer & Strategic Planning
Millwright Maintenance
Mold Press Oper A
Mold Press Operator
NC/PC Machinist (HS)
Nozzle
Nozzle Lead
OE Customer Srv Rep
OE Sales & PM Manager, LRV/Hydraulics
OE Sales & PM Manager, Mainline
OE Sales & PM Manager, Met/E&DMU/Com/HSR
OE/Spare Customer Service
OE/Spare Customer Srv
Off Shift Supervisor
Oil Free Compressor (HS)
On-Board Systems PM Manager
On-Board Systems Production Manager
Operations Manager
Operations Manager - Brakes, KPS Manager
Operations Services Supervisor & Planner
Operations Specialist
Owner
Paid Repair CSR
Paint
Painter
Painter - Cell Leader
Peripheral A&T
Peripheral A&T - Shift Lead
Peripheral A&T 1
Peripheral A&T 2
Peripherals A&T 2
Physical Inventory Audit
Planner

**Knorr Railroad Employees Class Titles List**

Planner & Production Supervisor
Planner/Buyer
Plant Manager
Pneumatic Systems Engineering Team Lead
Preventative Maintenance Coordinator
Pricing Analyst
Principal Engr
Principal Systems Safety Engineer
Process Engineer
Process Engineer - PREMTEC
Process Engineer - Warehouse Operations
Process Engineer 2
Process Engineer 3
Process Engr
Process Improvement Manager
Process Quality Engr
Procurement Project Manager
Procurement Specialist
Product & Quality Systems Leader
Product Data Analyst
Product Data Analyst 1
Product Designer
Product Line Manager
Product Line Manager Sr
Product Line Mgr Sr
Product Quality Engr
Product Quality Engr Sr
Product Quality Manager Sr
Product Quality Manager, Sr.
Production Coordinator
Production Line Manager, Jr.
Production Manager
Production Manager, Freight
Production Requirements Scheduler
Production Specialist
Production Supervisor
Production Supervisor, Locomotive
Production Technician 2
Production Technician 3
Program Coordinator
Program Manager
Program Manager Sr
Program Manager, Ideas @ Work
Project Administrator
Project Controller
Project Controller I
Project Coordinator

**Knorr Railroad Employees Class Titles List**

Project Coordinator - NYCT
Project Manager
Project Manager - HVAC
Project Manager - NYCT
Project Manager - Selectron
Project Manager 1
Project Manager 2
Project Manager Jr
Project Manager Sr
Project Manager, Ops Planning & Dev
Project Manager/Planner
Project Mgr
Project Portfolio Coordinator
Project Quality Engineer
Project Quality Engineering Supervisor
Project Quality Manager
Proposal Manager
Purchasing
Purchasing Manager
QA Administrator
QA Improvement Associate
QA Inspector/Warehouse Clerk
Quality Assistant
Quality Assurance Lead Auditor
Quality Control
Quality Coordinator
Quality Coordinator 2
Quality Data Analyst
Quality Data Analyst 2
Quality Engineer
Quality Engineer - Brakes
Quality Engineer - Doors & Brakes
Quality Engineer - HVAC
Quality Engineer 2
Quality Engineer 3
Quality Engineer 4
Quality Inspection Supervisor
Quality Inspector
Quality Lab Technician
Quality Lab Technician 2
Quality Lab Technician 3
Quality Manager
Quality Support Specialist
Quality Technician
RAMS Engineer 3
RAMS Engr 1
RAMS Engr 2

**Knorr Railroad Employees Class Titles List**

RAMS Engr 3
RAMS Engr 4
RAMS LCC Electrical Engr
RMA / NCR
RMA Coordinator
RMA Technician
RMSH Eng Team Leader
RMSH Engineering Manager
RS Account Coordinator
RS Account Manager
RS Bids & Proposals Manager
RS Business Analyst
RS Business Development Manager
RS Engineering Manager
RS Field Service Manager
RS Field Support Engineer
RS Material Coordinator
RS Project Coordinator
RS Project Manager
RS Proposal Specialist
RS Regional Sales Manager
RS Sales Administration Coordinator
RS Sales Engineer
RS Sales Logistics Coordinator
RS Sales Logistics Expeditor
RS Sales Representative
RS Service Center Manager
RS Sr. Project Manager
RS Technical Sales Specialist
RS Technical Services Manager
Rail Service Expeditor
Rail Service Technician
Rail Services Material Coordinator
Rail Services Sales Manager
Receiving Inspection Team Lead
Receiving Inspector
Regional Manager SC FIT Americas
Regional Planning Specialist
Regional Quality Mgr Rail Srv
Regional Sales Manager
Regional Sales Manager Sr
Regional Sales Manager, Senior
Reliability & Quality Manager
Reliability Engineer
Repair Cost & Inventory Analyst
Repair Shop Administrator
Repair Shop Cell Leader

**Knorr Railroad Employees Class Titles List**

Repair Shop Coordinator
Repair Shop Supervisor
Repair Shop Technician
Repair Shop Technician - Cell Leader
Repair Shop Test Technician
Repair Tech/Warehouse Worker
Repair Technician
Repair Technician 1
Repair Technician 2
Repair Technician 3
Repair Technician, Brakes
SAP Business Process & Innovation Mgr
SBU Business Process Manager
SBU Planning Manager
SBU Production Scheduling Manager
SBU Supply Chain Manager
SC Team Leader
SCE Manager
SCM Administrator
SCM Team Leader/Manager
Safety Manager
Sales & Marketing Coordinator
Sales Administration Coordinator
Sales Coordinator - Aftermarket
Sales Coordinator, OEM Brakes
Sales Engr
Sales Logistics Coordinator
Sales Manager
Sales Manager N. America - Sigma MID
Sandblaster
Scrum Business Analyst
Secondary Ops
Section Lead - Freight Control Valve A&T
Section Leader Freight Control Valve A&T
Section Leader Locomotive A&T
Section Leader Secondary Ops
Section Leader Warehousing
Segment Leader
Semi Metalic Hot Forming Operator
Semi Metalic Laborer / Operator
Semi Metalic Operator
Semi Metallic Laborer / Operator
Semi-Metallic Hot Forming Operator
Senior Advanced Manufacturing Engineer
Senior Cost & Business Analyst
Senior Cost Analyst
Senior Customer Srv Accts Payable Spec

**Knorr Railroad Employees Class Titles List**

Senior Design Engr
Senior Designer
Senior Director of Quality & HSE
Senior Electro Mech Packaging Engr
Senior Electronic Hardware Dev Engr
Senior Field Srv Spec
Senior Manager Planning & Logistics
Senior Manufacturing Engineer
Senior Process Engr
Senior Project Manager
Senior Project Manager - HVAC
Senior Quality & HSE Specialist - TDS
Senior Quality & HSE Systems Specialist
Senior Quality Engineer
Senior Quality Technician
Senior Software Engr
Senior Staff Engineer
Senior Supplier Quality Assur Engr
Senior Supply Chain Manager
Senior Systems Engr
Senior Tax Analyst
Senior Techncial Writer
Senior Technical Illustrator
Senior Technical Writer
Senior Technical Writer, Team Leader
Senior Test Engr
Senior Test Technician
Senior Tool Engr
Service
Service Shop
Shift Supervisor
Shipping & Receiving Clerk
Shipping Clerk
Shipping Coordinator
Shipping Coordinator, Team Lead
Shipping Labor
Shipping Lead
Shop Labor Nixa
Six Sigma Black Belt Business Process Im
Software Engineer
Software Engineer 1
Software Engineer 2
Software Engineer 3
Software Engineer 4
Software Engineer 5
Software Engir 3
Software Engr

**Knorr Railroad Employees Class Titles List**

Software Engr 1
Software Engr 2
Software Engr 3
Software Engr 4
Software Engr 5
Software Engr 6
Software QA Engineer
Software Quality Assurance, Team Leader
Software Safety Assurance Engr
Sourcing Engineer
Sourcing Specialist
Spares/Sales Administrator
Specialist 1, Quality Technician
Specialist 2, Quality Technician
Specialist Buyer
Specialist Lean
Specialist Maintenance
Specialist Quality Technician
Specialist, Quality Technician
Specialist; Shipping & Receiving
Sr In Supply Coord
Sr Product Quality Engr
Sr Project Manager
Sr Quality Manager
Sr Reliability & Quality Engr
Sr. Accountant
Sr. Buyer
Sr. Field Service Technician
Sr. Field Specialist
Sr. Manager, Locomotive OE Sales
Sr. Project Manager
Sr. Project Mgr
Sr. Quality & Reliability Engr
Sr. Regional Sales Manager
Sr. Supplier Quality Engr
Sr. Supply Chain Engineer
Staff Accountant
Staff Accountant - Merak & IFE
Staff Accountant / HVAC
Staff Accountant 1
Staff Accountant 2
Strategic Purchasing Manager
Sub-Project Manager
Sub-Project Manager/Mechanical Engineer
Supervisor
Supervisor Aftermarket Sales
Supervisor Srv Rep

**Knorr Railroad Employees Class Titles List**

Supervisor, Customer Service
Supervisor, Graphics & Documentation
Supervisor, Materials
Supervisor, Production
Supervisor, Repair Shop
Supervisor, Warehouse
Supplier Quality
Supplier Quality Assur Engr Sr
Supplier Quality Engineer
Supplier Quality Engineer 1
Supplier Quality Engineer 2
Supplier Quality Engineer Sr
Supplier Quality Engr
Supplier Quality Manager
Supply Chain Analyst
Supply Chain Business Process Manager
Supply Chain Business Process Spc
Supply Chain Business Process Spc-PTEC
Supply Chain Coordinator
Supply Chain Engineer
Supply Chain Engineer 2
Supply Chain Manager
Supply Chain Manager-PREMTEC
Supply Chain Material Planner
Supply Chain Supervisor
Supply Chain Tools & Processes Manager
Sustaining Engr
Sys Engr 3
System Test Engr 1
System Test Engr 2
System Test Engr 3
System Test and Commissioning Engineer
Systems Engineer
Systems Engineer 1
Systems Engineer 2
Systems Engineer 3
Systems Engineer 4
Systems Engineer 5
Systems Engineer Doors
Systems Engineer II
Systems Engineer Jr
Systems Engr
Systems Engr 1
Systems Engr 2
Systems Engr 3
Systems Engr 4
Systems Engr 4 Validation

**Knorr Railroad Employees Class Titles List**

Systems Engr 5
Systems Engr 6
Systems Engr Manager
Systems Safety Assurance Engr
Systems Team Mgr
Systems Test Engineer 1
Systems Test Engineer 2
Systems Test Engineer 3
Systems Test Engineer 4
Systems Test Engr 1
Systems Test Engr 2
Systems Test Engr 3
Systems Test Engr 4
Systems Test Lab Lead
TDS Assistant Controller
TDS Asst Controller
TDS Site Lead & Sr. Product Line Manager
Tactical Purchasing Manager
Tax Manager
Team Lead - Goods Receiving
Team Lead - High Rack Storage
Team Lead - Kardex
Team Lead - Material Handling
Team Lead - Shipping
Team Leader - Repair and Warranty CSR
Team Leader - Repair and Warrenty CSR
Team Leader CCB Systems Engr
Team Leader CCC
Team Leader Complaint Management
Team Leader Enger IT Infrstructr Dev-Ops
Team Leader Engr
Team Leader Engr Air Supply
Team Leader Engr Mechanical
Team Leader Engr Services
Team Leader Engr Software
Team Leader Engr Systems
Team Leader Engr Test
Team Leader PMO
Team Leader Process Engr
Team Leader Sales Project Manager
Team Leader Test Engr
Team Leader, Brake Control Sys Test Eng
Team Leader, Mechanical Systems Engineer
Team Leader, Paint Cell
Team Leader, Test Engineering
Team Leader, Warehouse
Team Leaders Engr Mechanical

# Knorr Railroad Employees Class Titles List

Tech-Electronic
Technical Documentation Spec
Technical Documentation Spec 3
Technical Illustrator
Technical Publications Team Lead
Technical Trainer
Technical Writer
Technical Writer 2
Technical Writer 3
Technical Writer/Trainer
Technician 1
Technician 2
Technician 3
Technician 4
Technician, Service
Territory Manager, Mexico
Test & Commissioning Manager
Test Engineer
Test Engineer 1
Test Engineer 2
Test Engineer 3
Test Engineer 4
Test Engineer 5
Test Engineer IV
Test Engr
Test Engr 1
Test Engr 2
Test Engr 3
Test Engr 4
Test Engr 5
Test Engr 5S
Test Tech 1
Test Tech 2
Test Technician
Test Technician 1
Testing Commissioning Manager
Tool/Model Maker - Cell Leader
Toolmaker (HS)
Toolmaker/Model Maker
Toolmaker/Model Maker - Cell Leader
Tools & Processes Manager
Tools&Configuration Engineer Specialist
Trans Export Clerk
Trans/Customs Compliance Business Lead
Transportation Compliance Specialist
Transportation Manager
Truck Driver/Material Handler

**Knorr Railroad Employees Class Titles List**

VP Engineering
VP Finance & Controlling
VP Marketing and Sales
VP Operations
VP Quality & Program Mgt
VP of Operations
Validation & Test Manager
Vice President, CoC Brakes
Vice President, Contracts
Vice President, Finance
Vice President, On-Board Systems
Warehouse & Shipping Specialist
Warehouse Clerk 1
Warehouse Clerk 2
Warehouse Clerk Lead
Warehouse Labor
Warehouse Lead
Warehouse Logistics Spec
Warehouse Manager
Warehouse SAP Coord
Warehouse Shipping Lead
Warehouse Supervisor
Warehouse Supervisor II
Warehouse Supervisor, Alt Shift
Warehousing
Warehousing - 1st Shift
Warehousing - 2nd Shift
Warehousing - 3rd Shift
Warehousing - Shift Lead
Warehousing Lead (B-Core)
Warehousing Section Leader
Warranty Data Analyst
Warranty Data Analyst 2
Warranty Data Analyst 3
Watertown/Premtec Assistant Controller
Welder / Brazer
Western Regional Sales Manager
Wheatland Labor
Wheatland Shop Labor