# **EXHIBIT E**

## SETTLEMENTS OF EMPLOYEE CLASS ACTIONS ASSERTING ANTITRUST CLAIMS

*Rows in green involve challenges to no-poach agreements. The remaining cases involve other anti-competitive behavior, such as wage-fixing.*

| Case | Settlement % of Total Comp. | Gross Individual Recovery | Total Settlements | Number of Class Members | Total Class Compensation |
|---|---|---|---|---|---|
| Nitsch v. DreamWorks Animation SKG Inc., (N.D. Cal.) | 5.3% | $15,542.78 | $168,950,000 | 10,870 | ~$3,201,933,099.60 |
| In re Railway Industry Employee No-Poach Antitrust Litig., MDL 2850 (W.D. Pa.) | 2.51% | $5,830.16 | $48,950,000 | 8,396 | $1,952,750,478 |
| Seaman v. Duke University, et al., 15-cv-462 (M.D.N.C.) | 1.5% | $10,029.44 | $54,500,000 | 5,434 | $3,654,379,996 |
| In re: High-Tech Employee Antitrust Litig., 5:11-cv-02509-LHK (N.D. Cal.) | 1.33% | $6,731.14 | $435,000,000 | 64,625 | $32,829,041,681 |
| Unger v. Albany Medical Center, et al, 1:06-cv-00765-TJM-DRH (N.D.N.Y. Nov. 21, 2011) | ~3.21% | $2,031.84 | $14,005,469 | 6,893 | ~$297,920,131.71 |
| Cason-Merendo, et al. v. VHS of Michigan, Inc. et al., 2:06-cv-15601-GER-DAS (E.D. Mich.) | ~3.0% | $3,913.04 | $90,000,000 | 23,000 | ~ $2,994,519,295.77 |
| Masters v. Wilhelmina Model Agency, Inc. 1:02-cv-04911-HB (S.D.N.Y. Sept. 16, 2009) | Unknown[1] | $1,323.58 | $ 21,855,000 | 16,512 | Unknown |
| Johnson, et al. v. Arizona Hosp. and Healthcare Ass'n, et al., 07-cv-01292-SRB (D. Ariz. Mar. 4, 2011) | Unknown | $896.00 | $22,400,000 | 25,000 | Unknown |
| Verdin, et al. v. R&B Falcon Drilling, USA, Inc., et al., 3:00-cv-00488-SL (S.D. Tex. Apr. 24, 2002) | Unknown | $730.75 | $73,075,000 | 100,000 | Unknown |
| Beltran et al. v. InterExchange Inc. et al., Case No. 1:14-cv-03074 (D. Colo. 2019) | Unknown | $655.00 | $65,500,000 | 100,000 | Unknown |
| State of California v. eBay, Inc., 5:12-cv-05874-EJD (N.D. Cal. May 1, 2014) | Unknown | $268.05 | $3,750,000 | 13,990 | Unknown |

---

[1] "Unknown" indicates that the information was not publicly available.

1847063.3