# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION | ) ) ) Master Docket Misc. No. 18-798 ) ) MDL No. 2850 |
| This Document Relates to: ALL ACTIONS | ) ) ) ) |

**[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS AND TO MOVE PRELIMINARY APPROVAL HEARING EARLIER IN THE DAY**

AND now, this 25th day of February, 2020, upon consideration of Plaintiffs' unopposed motion to exceed page limits and to reschedule the preliminary approval hearing, it is ORDERED that,

In support of their forthcoming motion for preliminary approval of a class action settlement, Plaintiffs may file a memorandum of law up to 35 pages in length.

The Preliminary Approval hearing is rescheduled to March 18, 2020 at 1:30pm.

Dated: February 25, 2020

Joy Flowers Conti
Senior United States District Judge