# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RAILWAY INDUSTRY EMPLOYEE NO-POACH ANTITRUST LITIGATION | ) Master Docket Misc. No. 18-798 ) ) MDL No. 2850 ) |
| This Document Relates to: ALL ACTIONS | ) ) ) |

## ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

Upon consideration of Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards, and all papers submitted in support or in opposition thereto, and after a hearing thereon held on August 26, 2020, it is hereby ORDERED that the Motion is GRANTED. It is also ORDERED that:

1. The Notice provided to the Settlement Class of Plaintiffs' Motion for Attorneys' Fees, Costs and Service Awards complied with this Court's March 19, 2020 Order (Dkt. 262), meets the requirements of Rule 23 of the Federal Rules of Civil Procedure and due process, was the best notice practicable under the circumstances, and constitutes due and sufficient notice to all persons entitled thereto.

2. This Court hereby awards Settlement Class Counsel attorneys' fees in the amount of thirty-three-and-one-third percent (33 1/3%), of the Settlement Funds, or $16,316,666.67. The Court concludes this sum to be fair and reasonable as compensation for the efforts of Settlement Class Counsel on behalf of the Settlement Class.

3. Settlement Class Counsel are awarded reimbursement of litigation costs in the amount of $731,089.40, to be paid from the Settlement Funds. In addition, the Court approves

disbursement of the Settlement Administrator's projected costs of $105,000 from the Settlement Funds.

4. The Court hereby awards Named Plaintiffs Stephen Baldassano, John Brand, David Escalera, Brian Lara, and Patricia Lonergan service awards in the amount of $15,000 each, which sum the Court finds to be fair and reasonable compensation for the efforts expended by Named Plaintiffs on behalf of the Settlement Class.

5. The foregoing fees, costs, and service awards may be paid from the Settlement Funds, without any further order of this Court, and consistent with the provisions of paragraph 47 of the Wabtec Settlement Agreement and paragraph 48 of the Knorr Settlement Agreement.

6. The award of attorneys' fees and costs shall be allocated among Settlement Class Counsel by Co-Lead Counsel in accordance with this Court's November 6, 2018 Order enumerating Co-Lead Counsel's responsibilities (Dkt. 106).

Dated: ___August 26___, 2020         /s/ Joy Flowers Conti
                                     Joy Flowers Conti
                                     Senior United States District Judge